WILMER CUTLER PICKERING
   HALE AND DORR LLP
P. Patty Li (SBN: 266937)
patty.li@wilmerhale.com
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Howard M. Shapiro (admitted *pro hac vice*)
howard.shapiro@wilmerhale.com
Carl J. Nichols (admitted *pro hac vice*)
carl.nichols@wilmerhale.com
Annie L. Owens (admitted *pro hac vice*)
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Attorneys for Defendants J. Stephen Tidwell
and Barbara Walls

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| YASSIR FAZAGA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al*., <br><br> Defendants. | No. SA CV 11-00301-CJC (VBKx) <br><br> **REPRESENTATION STATEMENT OF INDIVIDUAL-CAPACITY DEFENDANTS J. STEPHEN TIDWELL AND BARBARA WALLS** |

Pursuant to Federal Rule of Appellate Procedure 12 and Ninth Circuit Rule 3-2, defendant-appellants J. Stephen Tidwell and Barbara Walls, through their counsel, provide the following Representation Statement.

Representing Defendant-Appellants J. Stephen Tidwell and Barbara Walls:

> Howard M. Shapiro
> Carl J. Nichols
> Annie L. Owens
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC 20006
> Telephone: (202) 663-6000
>
> P. Patty Li
> Katie Moran
> Wilmer Cutler Pickering Hale and Dorr LLP
> 350 South Grand Avenue, Suite 2100
> Los Angeles, California 90071
> Telephone: (213) 443-5300

Representing Defendant-Appellants Pat Rose, Kevin Armstrong, and Paul Allen:

> David C. Scheper
> Angela Machala
> Alexander H. Cote
> Amos Alexander Lowder
> Scheper, Kim & Harris LLP
> 601 W. Fifth Street, 12th Floor
> Los Angeles, CA 90071-2025
> Telephone: (213) 613-4655

Representing Plaintiff-Appellees Yassir Fazaga, Ali Uddin Malik, and Yasser Abdelrahim:

    Peter Bibring
    Ahilan T. Arulanantham
    Jennifer L. Pasquarella
    ACLU Foundation of Southern California
    1313 West Eighth Street
    Los Angeles, California 90017
    Telephone: (213) 977-5000

    Ameena Mirza Qazi
    Council on American-Islamic Relations, California
    2180 W. Crescent Avenue, Suite F
    Anaheim, California 92801
    Telephone: (714) 776-1847

    Dan Stormer
    Joshua Piovia-Scott
    Reem Salahi
    Hadsell Stormer Keeny Richardson & Renick LLP
    128 N. Fair Oaks Avenue, Suite 204
    Pasadena, California 91103
    Telephone: (626) 585-9600

Dated: October 12, 2012

    Respectfully submitted,

    WILMER CUTLER PICKERING
     HALE AND DORR LLP

    <u>/s/ P. Patty Li</u>
    P. Patty Li (SBN: 266937)
    Katie Moran (SBN: 272041)
    350 South Grand Avenue, Suite 2100
    Los Angeles, CA 90071
    Telephone: (213) 443-5300
    Facsimile: (213) 443-5400

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

|    |                                              |
|----|----------------------------------------------|
| 1  | Howard M. Shapiro                            |
| 2  | Carl J. Nichols                              |
|    | Annie L. Owens                               |
| 3  | 1875 Pennsylvania Avenue, N.W.               |
| 4  | Washington, DC  20006                        |
|    | Telephone:  (202) 663-6000                   |
| 5  | Facsimile:  (202) 663-6363                   |
| 6  |                                              |
| 7  | *Attorneys for Defendants*                   |
|    | *J. Stephen Tidwell and Barbara Walls*       |

**Wilmer Cutler Pickering Hale and Dorr LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071