UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 12-56867 |
| District Court/Agency Case Number(s): | 8:11-cv-00301-CJC-VBK |
| District Court/Agency Location: | Santa Ana, California |
| Case Name: | Yassir Fazaga et al. v. Federal Bureau of Investigation et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | 102 |
| Name of party/parties submitting this form: | J. Stephen Tidwell and Barbara Walls |

Please briefly describe the dispute that gave rise to this lawsuit.

Plaintiffs sued the FBI, the United States, the Director of the FBI, and the former Assistant Director in Charge of the FBI Los Angeles Field Office, in their official capacities ("Government Defendants"), as well as five agents (Tidwell, Walls, Pat Rose, Paul Allen, and Kevin Armstrong) in their individual capacities ("Individual-Capacity Defendants"). Plaintiffs alleged that Defendants directed a confidential informant to infiltrate mosques and indiscriminately collect information about Plaintiffs and other members of the Southern California Muslim community because of their adherence to and practice of Islam. Plaintiffs brought eleven claims alleging violations of the First Amendment, Fourth Amendment, Fifth Amendment, Religious Freedom and Restoration Act, Foreign Intelligence Surveillance Act ("FISA"), Privacy Act, and Federal Tort Claims Act.

Briefly describe the result below and the main issues on appeal.

The Government and Individual-Capacity Defendants moved to dismiss all claims. The District Court dismissed all causes of action against all of the Defendants, with the exception of the FISA claim against the Individual-Capacity Defendants, as to which it found that the Individual-Capacity Defendants were not entitled to qualified immunity. By filing this appeal, Tidwell and Walls are exercising their right to an immediate appeal on the issue of qualified immunity. Tidwell and Walls will argue on appeal that the District Court erred in its determination that they are not entitled to qualified immunity on the FISA claim.

Describe any proceedings remaining below or any related proceedings in other tribunals.

Individual-Capacity Defendants Rose, Allen and Armstrong have also appealed the denial of their motion to dismiss the FISA claim. (12-56874).

| |
|---|
| Provide any other thoughts you would like to bring to the attention of the mediator. |
| All parties to this litigation are engaged in mediation sessions with Magistrate Judge David T. Bristow of the United States District Court for the Central District of California. |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov.  Please provide the case name and Ninth Circuit case number in your message.  Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | s/ Katie Moran |
|---|---|

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | J. Stephen Tidwell and Barbara Walls |
|---|---|

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator).  Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

# SERVICE LIST

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## Case No. 12-56867

**Counsel for Defendants-Appellants J. Stephen Tidwell and Barbara Walls**

WILMER CUTLER PICKERING HALE AND DORR LLP
Howard M. Shapiro
howard.shapiro@wilmerhale.com
Carl J. Nichols
carl.nichols@wilemrhale.com
Annie L. Owens
annie.owens@wilmerhale.com
1875 Pennsylvania Avenue, N.W.
Washington DC 20006
(202) 663-6000 telephone
(202) 663-6363 facsimile

WILMER CUTLER PICKERING HALE AND DORR LLP
P. Patty Li
patty.li@wilmerhale.com
Katie Moran
katie.moran@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5300 telephone
(213) 443-5400 facsimile

**Counsel for Defendants-Appellants Pat Rose, Kevin Armstrong, and Paul Allen**

SCHEPER, KIM & HARRIS LLP
David C. Scheper
dscheper@scheperkim.com
Angela Machala
amachala@scheperkim.com
Alexander H. Cote
acote@scheperkim.com
Amos Alexander Lowder
alowder@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
(213) 613-4655 telephone
(213) 613-4689 facsimile

**Counsel for Plaintiffs-Appellees Yassir Fazaga, Ali Uddin Malik, and Yasser Abdelrahim**

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Peter Bibring
pbibring@aclu-sc.org
Ahilan T. Arulanantham
aarulanantham@aclu-sc.org
Jennifer L. Pasquarella
jpasquarella@aclu-sc.org
1313 West Eighth Street
Los Angeles, CA 90017
(213) 977-5000 telephone
(213) 977-5299 facsimile

COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
Ameena Mirza Qazi
aqazi@cair.com
2180 W. Crescent Avenue, Suite F
Anaheim, CA 92801
(714) 776-1847 telephone
(408) 986-9875facsimile

HADSELL STORMER KEENY RICHARDSON & RENICK LLP
Dan Stormer
dstormer@hadsellstormer.com
Joshua Piovia-Scott
jps@hskrr.com
Reem Salahi
reem@hskrr.com
128 N. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
(626) 585-9600 telephone
(626) 577-7079 facsimile