**FILED**

UNITED STATES COURT OF APPEALS

FEB 01 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br>  and<br><br>BARBARA WALLS; et al.,<br><br>        Defendants - Appellants. | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>       Defendants,<br><br>  and<br><br>PAT ROSE; et al.,<br><br>        Defendants - Appellants. | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br>ORDER |

2

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>PAT ROSE; et al.,<br><br>        Defendants - Appellees. | No. 13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br>ORDER |

      A follow-up dial-in telephonic conference will be held on May 15, 2013, at **10:00 a.m. PACIFIC (San Francisco) Time (1:00 p.m. Eastern Time)**. Dial-in information is available to counsel of record as a separate document attached to the electronic filing notification of this order.

      If any counsel of record is not able to access the dial-in information, please notify the Mediation Program immediately at ca09_mediation@ca9.uscourts.gov.

Counsel are requested to contact the Circuit Mediator/undersigned should circumstances develop that warrant further discussions prior to the next scheduled conference.

**The briefing schedule previously set by the court is vacated in each of these cases.**

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation