FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 15 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al., <br><br>    Plaintiffs - Appellees, <br><br>  v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br>    Defendants, <br><br>  and <br><br> BARBARA WALLS; et al., <br><br>    Defendants - Appellants. | No. 12-56867 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |
| YASSIR FAZAGA; et al., <br><br>    Plaintiffs - Appellees, <br><br>  v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br>    Defendants, <br><br>  and <br><br> PAT ROSE; et al., <br><br>    Defendants - Appellants. | No. 12-56874 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>PAT ROSE; et al.,<br><br>        Defendants - Appellees. | No. 13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br>ORDER |

A follow-up dial-in telephonic conference will be held on **June 18, 2013**, at **10:00 a.m. PACIFIC (San Francisco) Time (1:00 p.m. Eastern Time)**. Dial-in information is available to counsel of record as a separate document attached to the electronic filing notification of this order.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further discussions prior to the next scheduled conference.

                        FOR THE COURT:

                        By: Peter W. Sherwood
                        Circuit Mediator

PWS/Mediation