**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 13 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al., Plaintiffs - Appellees, v. FEDERAL BUREAU OF INVESTIGATION; et al., Defendants, and BARBARA WALLS; et al., Defendants - Appellants. | No. 12-56867 D.C. No. 8:11-cv-00301-CJC-VBK Central District of California, Santa Ana ORDER |
| YASSIR FAZAGA; et al., Plaintiffs - Appellees, v. FEDERAL BUREAU OF INVESTIGATION; et al., Defendants, and PAT ROSE; et al., Defendants - Appellants. | No. 12-56874 D.C. No. 8:11-cv-00301-CJC-VBK Central District of California, Santa Ana ORDER |

2

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>　　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>　　　　　Defendants - Appellees,<br><br>　and<br><br>PAT ROSE; et al.,<br><br>　　　　　Defendants - Appellees. | No. 13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |

　　　The dial-in telephonic conference scheduled for June 18, 2013, is rescheduled on **July 22, 2013, at 10:00 a.m. PACIFIC (San Francisco) Time (1:00 p.m. Eastern Time)**.  Dial-in information is available to counsel of record as a separate document attached to the electronic filing notification of this order.

　　　Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further discussions prior to the next scheduled conference.

　　　　　　　　　　　　　　　FOR THE COURT:


　　　　　　　　　　　　　　　By: Peter W. Sherwood
　　　　　　　　　　　　　　　Circuit Mediator

PWS/Mediation

2