Untitled

On Jun 13, 2013 04:12 PM Li, Patty wrote ---

I am no longer at WilmerHale.