**FILED**

UNITED STATES COURT OF APPEALS

JUL 24 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al., | No. 12-56867 |
| Plaintiffs - Appellees, | D.C. No. 8:11-cv-00301-CJC-VBK |
| v. | Central District of California, Santa Ana |
| FEDERAL BUREAU OF INVESTIGATION; et al., | |
| Defendants, | ORDER |
| and | |
| BARBARA WALLS; et al., | |
| Defendants - Appellants. | |

| | |
|---|---|
| YASSIR FAZAGA; et al., | No. 12-56874 |
| Plaintiffs - Appellees, | D.C. No. 8:11-cv-00301-CJC-VBK |
| v. | Central District of California, Santa Ana |
| FEDERAL BUREAU OF INVESTIGATION; et al., | |
| Defendants, | ORDER |
| and | |
| PAT ROSE; et al., | |
| Defendants - Appellants. | |

| | |
|---|---|
| YASSIR FAZAGA; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> PAT ROSE; et al., <br><br> Defendants - Appellees. | No. 13-55017 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |

A follow-up dial-in telephonic conference will be held on **August 22, 2013**, at **10:00 a.m. PACIFIC (San Francisco) Time (1:00 p.m. Eastern Time)**. Dial-in information is available to counsel of record as a separate document attached to the electronic filing notification of this order.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further discussions prior to the next scheduled conference.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation