UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

No. 12-56867

Yassir Fazaga, et al.,
           *Plaintiffs-Appellants*,

v.

Federal Bureau of Investigation, et al.,
           *Defendants-Appellees.*

On Appeal from the United States District Court
for the Central District of California, No. 11-cv-301-CJC-VBK
Before the Honorable Cormac J. Carney

**NOTICE OF ATTORNEY NO LONGER ASSOCIATED WITH CASE**

TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:

After today, October 1, 2013, Annie L. Owens, counsel to Appellees Stephen Tidwell and Barbara Walls, will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP.  Ms. Owens therefore will no longer represent Appellees Tidwell and Walls in this matter.

          Respectfully submitted.

          /s/ Annie L. Owens
          Annie L. Owens
          Wilmer Cutler Pickering
           Hale and Dorr LLP
          1875 Pennsylvania Avenue, N.W.
          Washington, D.C.  20006
          (202) 663-6000

October 1, 2013

ActiveUS 116769065v.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Annie L. Owens
ANNIE L. OWENS