**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br> Defendants, <br><br> and <br><br> BARBARA WALLS; et al., <br><br> Defendants - Appellants. | No. 12-56867 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |
| YASSIR FAZAGA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br> Defendants, <br><br> and <br><br> PAT ROSE; et al., <br><br> Defendants - Appellants. | No. 12-56874 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |

| | |
|---|---|
| YASSIR FAZAGA; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> PAT ROSE; et al., <br><br> Defendants - Appellees. | No. 13-55017 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |

On or before November 18, 2013, counsel for appellees shall provide a status report by email to all counsel and the Circuit Mediator (Peter_Sherwood @ca9.uscourts.gov).

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation