**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br> and<br><br>BARBARA WALLS; et al.,<br><br>        Defendants - Appellants. | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br> and<br><br>PAT ROSE; et al.,<br><br>        Defendants - Appellants. | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |

| YASSIR FAZAGA; et al., | No. 13-55017 |
| --- | --- |
| Plaintiffs - Appellants, | D.C. No. 8:11-cv-00301-CJC-VBK |
| v. | Central District of California, Santa Ana |
| FEDERAL BUREAU OF INVESTIGATION; et al., | |
| Defendants - Appellees, | ORDER |
| and | |
| PAT ROSE; et al., | |
| Defendants - Appellees. | |

On or before January 20, 2014, counsel for appellees shall provide a status report by email to all counsel and the Circuit Mediator (Peter_Sherwood @ca9.uscourts.gov).

        FOR THE COURT:

        By: Peter W. Sherwood
        Circuit Mediator

PWS/Mediation