FILED

APR 02 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br> And<br><br>BARBARA WALLS; et al.,<br><br>        Defendants - Appellants. | Nos. 12-56867<br>      12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants/Appellants. | No. 13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana |

The joint motion to consolidate Nos. 12-56867, 12-56874 and 13-55017 is granted. A briefing schedule consistent with Fed. R. App. P. 28.1 will be established, if appropriate, by a future order. The request for leave to file overlength briefs is denied without prejudice to a renewed motion accompanied by the proposed briefs. 9th Cir. R. 32-2.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


Cole Benson
Supervising Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10