**FILED**

UNITED STATES COURT OF APPEALS

APR 18 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>  Defendants,<br><br> and<br><br>BARBARA WALLS; et al.,<br><br>  Defendants - Appellants. | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>  Defendants,<br><br> and<br><br>PAT ROSE; et al.,<br><br>  Defendants - Appellants. | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br>ORDER |

| | |
|---|---|
| YASSIR FAZAGA; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> PAT ROSE; et al., <br><br> Defendants - Appellees. | No. 13-55017 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |

These cases are released from the Mediation Program.

A briefing schedule will be set by further order of the court.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeals are pending.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation

2