**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>　　　　Defendants,<br><br>　and<br><br>BARBARA WALLS; et al.,<br><br>　　　　Defendants - Appellants. | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>　　　　Defendants,<br><br>　and<br><br>PAT ROSE; et al.,<br><br>　　　　Defendants - Appellants. | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants - Appellees,<br><br>and<br><br>PAT ROSE; et al.,<br><br>        Defendants - Appellees. | No. 13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br>ORDER |

The briefing schedule in the above-captioned consolidated appeals is reset as follows:

Plaintiffs Yassir Fazaga, et al. shall file an opening brief by September 15, 2014; the Government shall file a response brief by November 17, 2014; the individual-capacity defendants shall file an appellee/cross-appellant brief by December 1, 2014; plaintiffs Yassir Fazaga, et al shall file a reply/cross-appellee brief by February 9, 2015; the individual-capacity defendant shall file a cross-appellant reply brief by March 12, 2015.

2

The previously-filed request for leave to file overlength briefs has previously been denied without prejudice to a renewed motion accompanied by the proposed briefs. Ninth Cir. R. 32-2.

FOR THE COURT:

By: Mary G. Schlepp
Deputy Clerk

mgs/mediation