IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA et al.<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION et al.,<br><br>Defendants-Appellees. | No. 13-55017 |
| YASSIR FAZAGA et al.<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>BARBARA WALLS et al.<br><br>Defendants-Appellants. | No. 12-56867 |

1

| | |
|---|---|
| YASSIR FAZAGA et al.<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>PAT ROSE et al.,<br><br>Defendants-Appellants. | No. 12-56874 |

**MOTION FOR EXTENSION TO FILE OPENING BRIEF**

Pursuant to Circuit Rule 31-2.2(b), Plaintiffs respectfully request a short extension to file the opening brief on appeal. This brief was originally due on September 15, 2014. On August 26, 2014, Plaintiffs were granted a streamlined request for a 30-day continuance to file the brief. The brief is currently due on October 15, 2014. Plaintiffs now request an additional 21 day extension, such that the brief would be due on or before November 5, 2014. Respondents do not oppose this request.[1]

Substantial justification exists for this request. Undersigned counsel is also

---

[1] On September 24, 2014, counsel for Plaintiffs communicated by email with counsel for all Defendants regarding Plaintiffs' motion. On September 25, 2014, counsel for the United States, Henry Whittaker, in an email addressed to Plaintiffs and counsel for individual defendants, stated that neither the government nor the individual defendants oppose Plaintiffs' motion.

2

lead counsel in *J.E.F.M., et al. v. Holder, et al.*, CV 14-1026-TSZ (W.D. Wash.), a nationwide immigration class-action asserting a right to appointed counsel for children in deportation proceedings. On August 7, 2014 the district court in *J.E.F.M* scheduled a hearing regarding Plaintiffs' motions for class certification and a preliminary injunction for September 3, 2014, and ordered the parties to file additional briefing related to the pending motions, including two substantive briefs that were due on August 25, 2014. *Id*. at Dkt. 44. Undersigned counsel had to engage in intense preparation on an extremely expedited schedule in order to file these briefs, which raise a number of complicated issues of statutory and constitutional law, as well as travel from Los Angeles to Seattle to conduct the argument for the hearing. That delay in turn required counsel undersigned to seek a two week extension for a brief due in this Court in *Rodriguez v. Robbins*, Case No. 13-56706 (9th Cir. 2014). Undersigned counsel is lead counsel in that case, and the brief, which was over 24,000 words long (100 pages), took much of the time that counsel intended to spend in preparing this brief.

In addition, on September 19, 2014, after Plaintiffs' original request for a streamlined extension, the government filed a motion to dismiss in *J.E.F.M.,* thus creating a previously unscheduled deadline for a response brief due on October 13, 2014.

During this time, the only other counsel working on this appeal for Plaintiffs

has been Peter Bibring, who has also experienced several unexpected developments in unrelated matters that have limited his ability to devote sufficient time to Plaintiffs' opening brief. For example, following trial on a writ proceeding on August 21, 2014 in state court, Mr. Bibring was ordered to negotiate to reach resolution on a portion of the matter he expected to resolve through trial. He was also ordered on August 27, 2014, to file unexpected supplemental briefing in a case before the California Court of Appeal. Mr. Bibring also had a complex issue arise with clients in another matter that required multiple hours during the past week to resolve. Undersigned counsel and Mr. Bibring have been the only attorneys working on this appeal. Plaintiffs' counsel have only recently enlisted the help of Mohammad Tajsar, a junior associate at Hadsell Stormer, who became available only after a matter that was set for trial on September 23 was first continued by a week on about September 17 and then settled on September 19.

Notwithstanding these competing obligations, counsel for Plaintiffs have endeavored to complete their brief—including through extended work during evenings and weekends—in order to comply with the previously-set deadline. However, despite their intense efforts, they cannot complete the briefing within the previously-fixed time. Plaintiffs' brief must address extremely important issues involving the scope and applicability of the state secrets privilege to this action, which seeks injunctive relief for alleged violations of the Constitution and several

civil rights statutes. Together, the issues concern numerous complex statutory and constitutional questions which took up 125 pages of briefing in the district court.

Counsel represents that, absent some unforeseen and extraordinary circumstance, Plaintiffs will file their brief on or before November 5, 2014.[2]

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs a 21-day extension to file the opening brief on appeal.

                                        Respectfully submitted,

                                        ACLU OF SOUTHERN CALIFORNIA

Dated: September 25, 2014          s/ Ahilan T. Arulanantham
                                        AHILAN T. ARULANANTHAM
                                        Counsel for Plaintiffs-Appellants

---

[2] The transcripts of the proceedings below have been filed, and the court reporter is not in default with regards to any transcripts.

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2014, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                        s/ Ahilan T. Arulanantham
                                        AHILAN T. ARULANANTHAM
                                        Counsel for Plaintiffs-Appellants