FILED

SEP 26 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br>And<br><br>BARBARA WALLS; et al.,<br><br>        Defendants - Appellants. | Nos. 12-56867<br>      12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants/Appellants. | No. 13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana |

Plaintiffs' unopposed motion for a second extension of time to file the

12-56867

opening brief is granted. The opening brief is due November 17, 2014.

The Government shall file a response brief by December 22, 2014.

The individual-capacity defendants shall file an appellee/cross-appellant brief by January 5, 2015.

Plaintiffs shall file a reply/cross-appellee brief by February 17, 2015.

The individual-capacity defendant shall file a cross- appellant reply brief by March 20, 2015.

For the Court:

MOLLY C. DWYER
Clerk of the Court


Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10