Consolidated Case Nos. 13-55017, 12-56867, 12-56874
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

Yassir Fazaga, Ali Uddin Malik, Yasser Abdelrahim,
Plaintiffs,

v.

Federal Bureau of Investigation; United States of America; Robert Mueller, Director of the Federal Bureau of Investigation, in his official capacity; Steven M. Martinez, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; J. Stephen Tidwell; Barbara Walls; Pat Rose; Kevin Armstrong; Paul Allen; Does 1-20
Defendants.
_____

On Appeal from the United States District Court, Central District of California
No. CV 11-301-CJC (VBK)
_____

**PLAINTIFFS-APPELLANTS' MOTION TO EXCEED PAGE LIMITATION**
_____

PETER BIBRING
pbibring@aclu-sc.org
AHILAN T. ARULANANTHAM
aarulanantham@aclu-sc.org
ACLU Foundation
  of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-5295
Facsimile: (213) 977-5297

AMEENA MIRZA QAZI
aqazi@cair.com
Council on American-Islamic
  Relations, California
2180 W. Crescent Avenue, Suite F
Anaheim, CA 92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

DAN STORMER
dstormer@hadsellstormer.com
MOHAMMAD TAJSAR
mtajsar@hadsellstormner.com
Hadsell Stormer Keeny & Renick, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

Pursuant to Circuit Rule 32-2, Plaintiffs-Appellants respectfully request an enlargement of the page limitations of Fed. R. App. P. 28.1(e)(2)(A)(i) from 14,000 words to no more than 20,963 words. Pursuant to Circuit Rule 32-2, the proposed brief is being contemporaneously filed as an attachment to this motion.

Good cause exists for this request. Plaintiffs' brief must address arguments relevant to three distinct sets of Defendants. Moreover, the complex central question in this appeal concerns the effect, if any, of the federal government's invocation of the state secrets privilege on the eleven distinct causes of action pled in the operative complaint.

On Thursday, November 13, 2014, counsel for Plaintiffs-Appellants Peter Bibring communicated with counsel for all three sets of Defendants-Appellees, including Alexander Cote, Carl Nichols, and Henry Whitaker, all of whom stated that they do not oppose this request.

                                                              Respectfully submitted,

                                                              ACLU OF SOUTHERN CALIFORNIA

Dated: November 17, 2014           s/ Ahilan T. Arulanantham
                                                             AHILAN T. ARULANANTHAM
                                                              Counsel for Plaintiffs-Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2014, I caused to be electronically filed the foregoing PLAINTIFFS-APPELLANTS' MOTION TO EXCEED PAGE LIMITATION, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                  s/Ahilan T. Arulanantham
                                              AHILAN T. ARULANANTHAM
                                              Counsel for Plaintiffs-Appellants