## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2014, I caused to be electronically filed the foregoing PLAINTIFFS-APPELLANTS' EXCERPTS OF RECORD, VOLUMES 1 & 2, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

   s/Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Counsel for Plaintiffs-Appellants