UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 02 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al., <br><br>                Plaintiffs - Appellees, <br><br>    v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br>                Defendants, <br><br>   and <br><br> BARBARA WALLS; J. STEPHEN TIDWELL, <br><br>                Defendants - Appellants, | No. 12-56867 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> U.S. District Court for Central California, Santa Ana <br><br> **ORDER** |
| YASSIR FAZAGA; et al., <br><br>                Plaintiffs - Appellees, <br><br>    v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br>                Defendants, <br><br>   and | No. 12-56874 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> U.S. District Court for Central California, Santa Ana |

PAT ROSE; et al.,

        Defendants - Appellants.

---

YASSIR FAZAGA; et al.,

        Plaintiffs - Appellants,

  v.

FEDERAL BUREAU OF
INVESTIGATION; et al.,

        Defendants - Appellees.

No. 13-55017

D.C. No. 8:11-cv-00301-CJC-VBK
U.S. District Court for Central
California, Santa Ana

        The amicus brief submitted by Electronic Frontier Foundation on November 24, 2014 is filed.

        Within 7 days of this order, amicus curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

        The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

        The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk