**FILED**

DEC 3 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BARBARA WALLS; et al., <br><br> Defendants - Appellants. | Nos. 12-56867 <br> 12-56874 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |
| YASSIR FAZAGA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br> Defendants - Appellants. | Nos. 13-55017 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Plaintiffs' unopposed motion for leave to file an oversized opening brief of 20,963 words is granted. The Clerk shall file the opening brief submitted by electronic filing on November 17, 2014.

Amt\/Pro Mo commish 01Dce2014

The response brief for the Government is due January 16, 2015.

The appellee/cross-appellant brief for the individual-capacity defendants is due January 30, 2015.

The reply/cross-appellee brief for plaintiffs is due April 10, 2015.

The cross-appellant reply brief for individual-capacity defendants is due May 11, 2015.