Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 12-56867, 12-56874, 13-55017

Case Name: Yassir Fazaga et al. v. Federal Bureau of Investigation et al.

The Clerk will enter my appearance as counsel on behalf of: Federal Bureau of Investigation, Robert Mueller, Steven M. Martinez, United States of America

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

- [ ] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

- [ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature (use "s/" format): s/ Daniel Tenny    Date: 12/16/2014

Name: Daniel Tenny

Firm/Office: Attorney, Appellate Staff, Civil Division, U.S. Department of Justice

Address: 950 Pennsylvania Ave. NW Room 7215

City: Washington    State: DC    Zip Code: 20530

Phone Number (including area code): (202) 514-1838

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2014, I electronically filed the foregoing appearance form with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

  /s/ Daniel Tenny
DANIEL TENNY