IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA, et al.,<br><br>                  Plaintiffs-Appellants,<br><br>            v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>                  Defendants-Appellees. | Nos. 13-55017, 12-56867,<br>12-56874 |

**CONSENT MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE BRIEF FOR FEDERAL APPELLEES**

Pursuant to Ninth Circuit Rule 31-2.2(b), the government hereby respectfully moves for a 60-day extension of time, to and including March 17, 2015, to file its appellee brief in this case. The reasons for this motion are explained in the accompanying declaration of counsel. Counsel for plaintiffs-appellants and counsel for the individual-capacity defendants have consented to this motion.

Respectfully submitted,

DOUGLAS N. LETTER

 s/ Daniel Tenny
DANIEL TENNY
(202) 514-1838
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7215
   Washington, D.C. 20530

JANUARY 2015

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                           s/ Daniel Tenny
                                           DANIEL TENNY

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA, et al.,<br><br>            Plaintiffs-Appellants,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>            Defendants-Appellees. | Nos. 13-55017, 12-56867,<br>12-56874 |

**DECLARATION OF COUNSEL IN SUPPORT OF
MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE BRIEF FOR FEDERAL APPELLEES**

    I, Daniel Tenny, hereby state as follows.

    1. Plaintiffs in this action sued the Federal Bureau of Investigation, the United States of America, two federal officers in their official capacities, and a number of individual defendants in their individual capacities. As relevant here, the district court dismissed the complaint, and plaintiffs appeal. The U.S. Department of Justice represents the FBI, the United States, and the officers sued in their official capacities. The individual defendants are represented by private counsel.

2. The initial briefing schedule in this case was set on July 16, 2014, and assigned a due date for plaintiffs' opening brief 60 days later, on September 15, 2014. Plaintiffs' obtained two 30-day extensions, and filed their opening brief on November 17, 2014.

3. The government's brief as appellee is currently due on January 16, 2015. The individual-capacity defendants' brief is due January 30, 2015. The government and the individual-capacity defendants have not previously sought an extension of time.

4. A 60-day extension of time is warranted in light of the size of the case and other litigation obligations of government counsel.

5. Daniel Tenny is the Civil Division, Appellate Staff attorney with primary responsibility for drafting the government's brief in this case. On November 19, 2014, Mr. Tenny presented oral argument in the D.C. Circuit in *State National Bank v. Lew*, Nos. 13-5247, 13-5248 (D.C. Cir.). On December 3, 2014, Mr. Tenny, with others, filed a brief in opposition in the Supreme Court in *Nomura Home Equity Loan, Inc. v. National Credit Union Administration Board*, No. 14-379 (S. Ct.). On December 5, 2014, Mr. Tenny filed an opposition to an emergency motion in the Ninth Circuit in *Valentini v. McDonald*, Nos. 13-56836, 13-56842, 13-56880, 13-56887 (9th

Cir.). On December 11, 2014, Mr. Tenny, with others, filed a supplemental brief in the Appellate Division of the Supreme Court of the State of New York in *In re: Vargas*, No. 2013-10725 (N.Y. App. Div., 2d Dep't). On December 29, 2014, Mr. Tenny filed a petition for rehearing in *Mylan Pharmaceuticals v. FDA*, Nos. 14-1522, 14-1529, 14-1593 (4th Cir.). On January 30, 2015, Mr. Tenny will file a supplemental brief in the D.C. Circuit in *Dearth v. Holder*, No. 12-5305 (D.C. Cir.).

6. Plaintiffs in this case obtained leave to file an oversized brief of 20,963 words. Plaintiffs are also supported by an amicus brief filed by the Electronic Frontier Foundation. The volume of briefing requires additional time to formulate the government's response.

7. For the foregoing reasons, the requested 60-day extension is warranted to ensure an adequate opportunity to prepare the government's brief in this case. Mr. Tenny has exercised diligence in meeting the deadlines in this case. If this motion is granted, the government will file its brief on or before March 17, 2015.

8. Counsel for plaintiffs and counsel for the individual-capacity defendants have authorized us to represent that they consent to this

motion, provided that the other parties receive commensurate extensions such that the spacing between the briefs is not altered.

8.  The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Daniel Tenny
DANIEL TENNY
(202) 514-1838
  Attorney, Appellate Staff
  Civil Division

Executed on January 8, 2015