UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>   Defendants,<br><br> and<br><br>BARBARA WALLS; J. STEPHEN TIDWELL,<br><br>   Defendants - Appellants, | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |
| YASSIR FAZAGA; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>   Defendants,<br><br> and | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>U.S. District Court for Central California, Santa Ana |

PAT ROSE; et al.,

    Defendants - Appellants.

YASSIR FAZAGA; et al.,

    Plaintiffs - Appellants,

v.

FEDERAL BUREAU OF INVESTIGATION; et al.,

    Defendants - Appellees.

No. 13-55017

D.C. No. 8:11-cv-00301-CJC-VBK
U.S. District Court for Central California, Santa Ana

Appellee Federal Bureau of Investigation's motion for an extension of time to file the answering brief is granted. The appellees' answering brief is due March 17, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

            FOR THE COURT:
            Molly C. Dwyer
            Clerk of Court

            Linda K. King
            Deputy Clerk

            Ninth Circuit Rules 27-7 and 27-10