UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 13 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br> and<br><br>BARBARA WALLS; et al.,<br><br>        Defendants - Appellants. | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>       Defendants,<br><br> and<br><br>PAT ROSE; et al., | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana |

Lking 1.12.15/Pro Mo

| | |
|---|---|
| Defendants - Appellants. | |
| YASSIR FAZAGA; et al., | No. 13-55017 |
| Plaintiffs - Appellants, | D.C. No. 8:11-cv-00301-CJC-VBK |
| v. | Central District of California, Santa Ana |
| FEDERAL BUREAU OF INVESTIGATION; et al., | |
| Defendants - Appellees. | |

Appellee Federal of Investigation's motion for an extension of time to file the response brief is granted. The response brief is due March 17, 2015. The appellee/cross-appellant brief for individual-capacity defendants is due March 30, 2015. The reply cross/appellees brief for plaintiffs is due June 10, 2015. The cross-appellant reply brief for individual capacity is due July 13, 2015.

    For the Court:

    MOLLY C. DWYER
    Clerk of the Court

    Linda K. King
    Deputy Clerk
    Ninth Cir. R. 27-7/Advisory Note to Rule 27
      and Ninth Circuit Rule 27-10

Lking 1.12.15/Pro Mo