IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA, et al.,<br><br>　　　Plaintiffs-Appellants,<br><br>　　　v.<br><br>FEDERAL BUREAU OF<br>　INVESTIGATION, et al.,<br><br>　　　Defendants-Appellees. | Nos. 12-56867, 12-56874,<br>13-55017 |

**MOTION FOR LEAVE TO FILE *EX PARTE*
AND UNDER SEAL CLASSIFIED BRIEF
AND CLASSIFIED EXCERPTS OF RECORD**

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 27-13, the federal defendants-appellees (the Federal Bureau of Investigation and two FBI employees in their official capacities) hereby move for leave to file *ex parte* and under seal: (1) Classified Excerpts of Record and (2) a classified brief of approximately six pages. In so doing, we will follow procedures that this Court has utilized in prior cases involving classified material in the record.

1. Plaintiffs initiated this action against the United States, the FBI, FBI officials in their official capacities, and five current and former FBI agents in their individual capacities. The Department of Justice represents only the United States, the FBI, and the official-capacity defendants; the individual-capacity defendants are represented by

private counsel. Plaintiffs' claims relate to the alleged activities of a former confidential informant for the FBI in a group of counterterrorism investigations.

Plaintiffs' appeal concerns the district court's determination that certain of plaintiffs' claims must be dismissed under the state secrets privilege. That privilege may be invoked by the head of an agency (here, the Attorney General of the United States) to protect information whose disclosure could reasonably be expected to cause significant harm to national security. *See generally United States v. Reynolds*, 345 U.S. 1 (1953); *Mohamed v. Jeppesen Dataplan, Inc.*, 614 F.3d 1070, 1079 (9th Cir. 2010) (en banc). The Attorney General filed a public declaration in district court invoking the privilege. The government also filed three documents classified at the "Secret" level: a declaration from the Assistant Director of the FBI's Counterterrorism Division, Mark Giuliano (Dkt. 35); a legal memorandum (Dkt. 36); and a supplemental declaration from Mr. Giuliano (Dkt. 56). The district court reviewed those materials *in camera*, *see* Minute Order (Dkt. 46), and they were not reviewed by plaintiffs' counsel or counsel for the individual-capacity defendants.

2. The government seeks leave to file *ex parte* and under seal Classified Excerpts of Record containing classified materials that were filed in the district court. The vast majority of the government's briefing in this Court will not refer to classified information, and the government will file a public brief that will be shared with the other parties. In order to discuss the classified materials, however, the government seeks leave to file, in addition, a classified brief of approximately six pages.

2

3. The Classified Excerpts of Record and classified brief will be filed with the Court through a Classified Information Security Officer, in accordance with the Department of Justice's usual practice in other cases involving classified material. The Classified Information Security Officer will make arrangements with the Clerk of the Court to ensure that the classified materials are appropriately stored and handled pursuant to the necessary security precautions.

These types of procedures have regularly been used in prior cases in this Court in which classified materials were filed in the district court. *See, e.g.*, Order, *Islamic Shura Council of Southern California*, No. 12-55305 (Mar. 25, 2013); Order, *Mohamed v. Jeppesen Dataplan, Inc.*, No. 08-15693 (Sept. 3, 2008).

4. We conferred with counsel for plaintiffs and the individual-capacity defendants. Counsel for the individual-capacity defendants authorized us to represent that they do not oppose this motion. Counsel for plaintiffs do not object to the submission of Classified Excerpts of Record containing classified evidentiary submissions, but do object to the submission under seal of a brief containing legal argument.

5. This motion may be publicly filed.

For the foregoing reasons, we respectfully request that this Court grant our motion and accept for filing *ex parte* and *in camera* the Classified Excerpts of Record and the classified brief.

        Respectfully submitted,

        s/ Daniel Tenny
        DOUGLAS N. LETTER
        DANIEL TENNY
        *Attorneys*
        *Civil Division, Room 7215*
        *Department of Justice*
        *950 Pennsylvania Avenue, N.W.*
        *Washington, D.C. 20530-0001*
        *(202) 514-1838*

MARCH 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2015, I filed the foregoing via the Court's CM/ECF system. The CM/ECF system will effect service on all counsel of record.

                                                s/ Daniel Tenny
                                                Daniel Tenny