**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>    Plaintiffs-Appellees/<br>    Cross-Appellants,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>    Defendants/Appellees,<br><br>And<br><br>BARBARA WALLS; et al.,<br><br>    Defendants-Appellants/<br>    Cross-Appellees. | Nos. 12-56867<br>       12-56874<br>       13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

    Based on the representation that the materials were filed in camera in the district court, the motion of Defendants the Federal Bureau of Investigation, et al., for leave to file their excerpts of record under seal and in camera is granted. Movants' request to file a supplemental brief discussing the classified materials under seal and in camera is also granted.

    The current schedule continues to govern briefing.

promo/cb/3.16.15