IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA, et al.,<br><br>  Plaintiffs-Appellants,<br><br>    v.<br><br>FEDERAL BUREAU OF<br> INVESTIGATION, et al.,<br><br>  Defendants-Appellees. | Nos. 12-56867, 12-56874,<br>13-55017 |

**NOTICE OF FILING OF CLASSIFIED MATERIALS**

The federal appellees hereby provide notice that, on March 17, 2015, the government filed, *ex parte* and under seal, the Classified Brief for the Federal Appellees, as well as the Classified Excerpts of Record, by lodging them with a Classified Information Security Officer for transmission to this Court.

           Respectfully submitted,

           s/ Daniel Tenny
           DOUGLAS N. LETTER
           DANIEL TENNY
            *Attorneys*
            *Civil Division, Room 7215*
            *Department of Justice*
            *950 Pennsylvania Avenue, N.W.*
            *Washington, D.C. 20530-0001*
            *(202) 514-1838*

MARCH 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2015, I filed the foregoing via the Court's CM/ECF system. The CM/ECF system will effect service on all counsel of record.

                                                       s/ Daniel Tenny
                                                      Daniel Tenny