FILED

APR 02 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>    Plaintiffs-Appellees/<br>    Cross-Appellants,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>    Defendants/Appellees,<br><br>And<br><br>BARBARA WALLS; et al.,<br><br>    Defendants-Appellants/<br>    Cross-Appellees. | Nos. 12-56867<br>      12-56874<br>      13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

     Within 14 days after the date of this order, Appellees the Federal Bureau of Investigation, et al., shall file a response to plaintiffs' motion for partial reconsideration of the March 17, 2015 order. The response shall specifically address plaintiffs' contention that an alternative to filing an ex parte brief is available that would address appellees' national security concerns.

promo/cb/3.30.15