FILED

MAY 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

YASSIR FAZAGA; et al.,

    Plaintiffs - Appellees/
Cross-Appellants,

v.

FEDERAL BUREAU OF INVESTIGATION; et al.,

    Defendants/Appellees,

and

BARBARA WALLS; et al.,

    Defendants - Appellants/
Cross-Appellees.

Nos. 12-56867
     12-56874
     13-55017

D.C. No. 8:11-cv-00301-CJC-VBK
Central District of California, Santa Ana

ORDER

Before: FARRIS and FRIEDLAND, Circuit Judges

    Plaintiffs' motion for reconsideration of the March 17, 2015 order shall referred for resolution to the panel that will consider the merits of these appeals. The supplemental brief shall be provisionally maintained on an ex parte basis pending resolution of the motion.

promo/5.15