**ATTACHMENT 1**

**DECLASSIFIED MATERIALS**

**Declassified Paragraph of Giuliano Declaration**

22. In addition, with respect to plaintiffs' specific assertion that the FBI acquiesced in Monteilh's leaving recording devices unattended inside mosques, the FBI is assessing whether specific instructions to Monteilh concerning this particular "unattended device" issue can be disclosed without harm to national security. The FBI can advise the Court at this stage that Monteilh agreed in writing to keep FBI issued recording devices with him at all times while they were turned on. He executed the attached FBI form FD-473 on November 17, 2006 (attached at Tab 6) which states in pertinent part:

> I, Craig Monteilh, hereby authorize members of SARA 6 and Special Agents of the Federal Bureau of Investigation, United States Department of Justice, to place a Body Recorder on my person for the purpose of recording any conversations with various CT [subjects] and others yet unknown which I may have on or about 11/17/06 and continuing thereafter until such time as either I revoke my permission or the FBI terminates the investigation.
>
> I have given this permission to the above-named Special Agents voluntarily and without threats or promises of any kind. I understand that I must be a party to any conversation in order to record that conversation. I therefore agree not to leave the recording equipment unattended or take any other action which is likely to result in the recording of conversations to which I am not a party.

FD-473 (Rev. 6-1-00)

_____11/17/06_____
(Date)

_____Santa Ana, CA_____
(Location)

I, _____CRAIG MONTEILH_____,
(Name)

_____,
(Address)

hereby authorize ___Members of SARA C___ and
_____, Special Agents

of the Federal Bureau of Investigation, United States Department of Justice, to place a

☒ Body Recorder
   on my person for the purpose of recording any conversations

☐ Transmitter

with _____various CT_____
(Name of Subject(s))

and others as yet unknown which I may have on or about ___11/17/06___ and
(Date)

continuing thereafter until such time as either I revoke my permission or the FBI terminates the investigation.

I have given this written permission to the above-named Special Agents voluntarily and without threats or promises of any kind. I understand that I must be a party to any conversation in order to record that conversation. I therefore agree not to leave the recording equipment unattended or take any other action which is likely to result in the recording of conversations to which I am not a party.

_____
(Signature)

Witnesses: _____

_____