UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 14 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>BARBARA WALLS; et al.,<br><br>        Defendants - Appellants. | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>PAT ROSE; et al.,<br><br>        Defendants - Appellants. | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants - Appellees. | No. 13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana |

13JULY2015/AC/LBS/Pro Mo

12-56867

Before: Peter L. Shaw, Appellate Commissioner

The federal appellees' opposed motion for leave to file superseding briefs is granted.

The superseding briefs are due within 21 days after the date of this order.

Plaintiffs' reply/cross-appellee brief is due within 14 days after service of the superseding briefs.

The individual-capacity defendants' cross-appeal reply brief is due within 14 days after service of plaintiffs' reply/cross-appellee brief.