FILED

JUL 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br>  and<br><br>BARBARA WALLS; et al.,<br><br>        Defendants - Appellants. | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana<br><br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br>  and<br><br>PAT ROSE; et al., | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana |

| | |
|---|---|
| Defendants - Appellants. | |
| YASSIR FAZAGA; et al., | No. 13-55017 |
| Plaintiffs - Appellants, | D.C. No. 8:11-cv-00301-CJC-VBK |
| v. | Central District of California, Santa Ana |
| FEDERAL BUREAU OF INVESTIGATION; et al., | |
| Defendants - Appellees. | |

The superseding briefs remain due August 4, 2015. Plaintiffs' unopposed motion for an extension of time to file the reply/crossappellee brief until September 21, 2015 is granted. The individual-capacity defendants' cross-appeal reply brief is due October 27, 2015.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
 Ninth Circuit Rule 27-7/Advisory Note
 to Rule 27 and Ninth Circuit Rule 27-10