IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA, et al.,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>FEDERAL BUREAU OF<br>  INVESTIGATION, et al.,<br><br>    Defendants-Appellees. | Nos. 12-56867, 12-56874,<br>13-55017 |

**NOTICE OF FILING OF SUPERSEDING BRIEFS**

The federal appellees hereby provide notice that, on July 24, 2015, the government filed, *ex parte* and under seal, the Superseding Classified Brief for the Federal Appellees, by lodging it with a Classified Information Security Officer for transmission to this Court. The text of the superseding classified brief differs from the text of the original classified brief only in the deletion of two sentences that have now been declassified. On July 24, 2015, the government is also sending, by Federal Express, paper copies of the public Superseding Brief for the Federal Appellees, which was previously filed electronically on June 25, 2015.

Respectfully submitted,

s/ Daniel Tenny
DOUGLAS N. LETTER
DANIEL TENNY
  *Attorneys*
  *Civil Division, Room 7215*
  *Department of Justice*
  *950 Pennsylvania Avenue, N.W.*
  *Washington, D.C. 20530-0001*
  *(202) 514-1838*

JULY 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2015, I filed the foregoing via the Court's CM/ECF system. The CM/ECF system will effect service on all counsel of record.

s/ Daniel Tenny
Daniel Tenny
