Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number*(s)*: 12-56867, 12-56874, 13-55017

Case Name: Fazaga, et al.  v.  FBI, et al.

The Clerk will enter my appearance as counsel on behalf of: Plaintiffs Fazaga, et al.

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☒ Appellant/Cross-Appellee
☐ Appellee     ☐ Respondent    ☐ Intervenor        ☒ Appellee/Cross-Appellant

☐ Check if you are lead counsel.
  Lead counsel must be designated if a party is represented by more than one attorney or law firm.

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: Jennifer Lee Pasquarella

Name: Catherine Alexandra Wagner

Firm/Office: ACLU of Southern California

Address: 1313 West Eighth Street

City: Los Angeles    State: CA    Zip Code: 90017

Email: cwagner@aclusocal.org    Re-enter Email: cwagner@aclusocal.org

Phone Number *(including area code)*: (213) 977-5206

Signature *(use "s/" format)*: s/ Catherine A. Wagner    Date: 08/12/2015

9th Circuit Case Number(s) | 12-56867, 12-56874, 13-55017

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************

# CERTIFICATE OF SERVICE
## When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* Aug 12, 2015 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)* | s/ Diana Gonzalez

*********************************************************************

# CERTIFICATE OF SERVICE
## When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*