## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2015, I caused to be electronically filed the foregoing Plaintiffs-Appellants' Motion To Exceed Page Limitation on Reply/Cross-Appellee Brief, Plaintiffs-Appellants' Reply/Cross-Appellee Brief, Plaintiffs-Appellants' Further Excerpts of Record with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>s/ Peter Bibring</u>
PETER BIBRING
Counsel for Plaintiffs-Appellants