**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 25 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br> Defendants, <br><br> and <br><br> BARBARA WALLS; J. STEPHEN TIDWELL, <br><br> Defendants - Appellants. | Nos. 12-56867, 12-56874 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, <br> Santa Ana <br><br> **ORDER** |
| YASSIR FAZAGA; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br> Defendants - Appellees, | No. 13-55017 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, <br> Santa Ana |

Plaintiffs-Appellants' Motion To Exceed Page Limitation On Reply/Cross-Appellee Brief is hereby GRANTED.  The brief is ordered filed.

The individual-capacity defendants shall file a cross-appellant reply brief by October 23, 2015.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk