# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-56867, 12-56874, 13-55017 |
| Case Title | Yassir Fazaga, et al v. FBI, et al. |

assigned for hearing:

| | | | | | |
|---|---|---|---|---|---|
| Date | Dec. 7, 2015 | Time | 9:30 A.M. | Courtroom | 3 |
| Location | Pasadena, CA | | | | |

Counsel to argue (or, if argument to be presented "in pro per" enter party information):

| | |
|---|---|
| Name | David C. Scheper |
| Address | Scheper Kim & Harris LLP<br>601 W. Fifth Street, 12th Floor |

| | | | | | |
|---|---|---|---|---|---|
| City | Los Angeles | State | CA | Zip Code | 90071-2025 |
| Phone | (213) 613-4655 | Email Address | dscheper@scheperkim.com | | |

| | |
|---|---|
| Party/parties represented | Paul Allen, Kevin Armstrong and Pat Rose |
| Special needs you may require in the courtroom | |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

Admission status (to be completed by attorneys only):

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Signature (use "s/" format) | s/David C. Scheper | Date | October 2, 2015 |
|---|---|---|---|

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250