Nos. 12-56867, 12-56874, 13-55017

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

YASSIR FAZAGA, et al.,
*Plaintiffs-Appellees/Cross-Appellants*,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,
*Defendants-Cross-Appellees,*
and

BARBARA WALLS, J. STEPHEN TIDWELL, KEVIN ARMSTRONG, PAUL ALLEN, AND PAT ROSE
*Defendants-Appellants/Cross-Appellees.*

On Appeal from the United States District Court
for the Central District of California, No. 8:11-cv-00301-CJC-VBK (Carney, J.)

**UNOPPOSED JOINT MOTION OF DEFENDANTS-APPELLANTS/CROSS-APPELLEES BARBARA WALLS, J. STEPHEN TIDWELL, KEVIN ARMSTRONG, PAUL ALLEN, AND PAT ROSE FOR EXTENSION OF TIME FOR CROSS-REPLY BRIEFS**

DAVID C. SCHEPER
ALEXANDER H. COTE
ANGELA M. MACHALA
AMOS A. LOWDER
SCHEPER KIM & HARRIS LLP
601 WEST FIFTH STREET, 12TH FLOOR
LOS ANGELES, CA 90071
(213) 613-4655

HOWARD M. SHAPIRO
CARL J. NICHOLS
DAVID G. BERAKA
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
(202) 663-6000

October 9, 2015

Pursuant to Circuit Rule 31-2.2(b), Defendants-Appellants/Cross-Appellees, Barbara Walls, J. Stephen Tidwell, Kevin Armstrong, Paul Allen, and Pat Rose respectfully request a 17-day extension of time until November 13, 2015, for filing of the individual-capacity defendants' cross-reply briefs. The reasons for this motion are explained in the accompanying declaration of counsel, Carl Nichols, as required by Circuit Rule 31-2.2(b). No party, including Plaintiffs-Appellees/Cross-Appellees, opposes the relief sought in this motion. This motion was filed at least 7 days before the expiration of the time prescribed for filing of the individual capacity defendants' cross-reply briefs.

Respectfully submitted,

/s/ David C. Scheper
DAVID C. SCHEPER
ALEXANDER H. COTE
ANGELA M. MACHALA
AMOS A. LOWDER
SCHEPER KIM & HARRIS LLP
601 WEST FIFTH STREET, 12TH FLOOR
LOS ANGELES, CA 90071
(213) 613-4655

/s/ Carl J. Nichols
HOWARD M. SHAPIRO
CARL. J. NICHOLS
DAVID G. BERAKA
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
(202) 663-6000

October 9, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Carl Nichols

Nos. 12-56867, 12-56874, 13-55017

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

YASSIR FAZAGA, et al.,
*Plaintiffs-Appellees/Cross-Appellants*,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,
*Defendants-Cross-Appellees,*
and

BARBARA WALLS, J. STEPHEN TIDWELL, KEVIN ARMSTRONG, PAUL ALLEN, AND PAT ROSE
*Defendants-Appellants/Cross-Appellees.*

On Appeal from the United States District Court
for the Central District of California, No. 8:11-cv-00301-CJC-VBK (Carney, J.)

**DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME FOR CROSS-REPLY BRIEFS**

| | |
|---|---|
| DAVID C. SCHEPER | HOWARD M. SHAPIRO |
| ALEXANDER H. COTE | CARL J. NICHOLS |
| ANGELA M. MACHALA | DAVID G. BERAKA |
| AMOS A. LOWDER | WILMER CUTLER PICKERING |
| SCHEPER KIM & HARRIS LLP | HALE AND DORR LLP |
| 601 WEST FIFTH STREET, 12TH FLOOR | 1875 Pennsylvania Ave. NW |
| LOS ANGELES, CA 90071 | Washington, D.C. 20006 |
| (213) 613-4655 | (202) 663-6000 |

October 9, 2015

I, Carl Nichols, declare as follows:

1.     I am counsel to Defendants-Appellants/Cross-Appellees, Barbara Walls and J. Stephen Tidwell.  This declaration is submitted in support of the accompanying joint motion for an extension of time to file the individual-capacity defendants' cross-reply briefs in the above-captioned appeal.

2.     I have conferred with counsel for defendants Kevin Armstrong, Paul Allen, and Pat Rose, who have joined in support of this motion.

3.     The individual-capacity defendants' cross-reply briefs are currently due on October 27, 2015.

4.     Defendants-Appellants/Cross-Appellees request a 17-day extension of time until November 13, 2015, for filing the cross-reply briefs.  This extension is necessary because Plaintiffs-Appellees/Cross-Appellees filed a Reply/Cross-Appellee brief that was over twice the word limit allowed by Fed. R. App. P. 28.1(e)(2)(A)(i).  Despite our best efforts to meet the current deadline, counsel for Defendants-Appellants/Cross-Appellees have numerous other client commitments and would greatly benefit from a small extension to fully analyze and respond to the extensive briefing submitted by Plaintiffs-Appellees/Cross-Appellees.  Furthermore, a number of requests for extensions have been requested and granted by the Court in this appeal, including by Plaintiffs-Appellees/Cross-Appellees.

5. If the requested extension is granted, I am confident that the briefs will be filed on or before November 13, 2015. Additionally, this extension would leave 24 days between the close of briefing and the scheduled oral argument on December 7, 2015, which will allow the parties and the Court ample time to prepare.

6. We have contacted counsel for all parties, none of which (including Plaintiffs-Appellees/Cross-Appellees) opposes this motion.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

          Respectfully submitted,

          /s/ Carl J. Nichols
          CARL. J. NICHOLS
          WILMER CUTLER PICKERING
            HALE AND DORR LLP
          1875 Pennsylvania Ave. NW
          Washington, D.C. 20006

October 9, 2015          (202) 663-6000