# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-56867, 12-56874, 13-55017 |
| Case Title | Fazaga v. FBI |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 12/7/2015 | Time | 9:30 a.m. | Courtroom | 3 |
| Location | Pasadena, CA | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Douglas N. Letter |
| Address | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW, Room 7519 |
| City | Washington |
| State | DC |
| Zip Code | 20530 |
| Phone | (202) 514-3602 |
| Email Address | douglas.letter@usdoj.gov |
| Party/parties represented | FBI, James B. Comey, David L. Bowdich, United States of America |
| Special needs you may require in the courtroom | |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Douglas N. Letter | Date | 10/13/2015 |

### Filing Instructions
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250