**FILED**

UNITED STATES COURT OF APPEALS

OCT 16 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br>  And<br><br>BARBARA WALLS; et al.,<br><br>        Defendants - Appellants. | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California,<br>Santa Ana<br><br><br>ORDER |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br>  And<br><br>PAT ROSE; et al., | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California,<br>Santa Ana |

Defendants - Appellants.

| | |
|---|---|
| YASSIR FAZAGA; et al., | No. 13-55017 |
| Plaintiffs - Appellants, | D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California,<br>Santa Ana |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION; et al., | |
| Defendants - Appellees. | |

The unopposed joint motion of defendants-appellants/cross-appellees Barbara Walls, J. Stephen Tidwell, Kevin Armstrong, Paul Allen, and Pat Rose for extension of time for cross-reply briefs is GRANTED. The deadline for filing the cross-reply briefs is extended to November 13, 2015.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk