**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, Director of the Federal Bureau of Investigation, in his official capacity; STEVEN M. MARTINEZ, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN, <br><br> Defendants, <br><br> And <br><br> BARBARA WALLS; J. STEPHEN TIDWELL, <br><br> Defendants - Appellants. | No. 12-56867 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br><br> ORDER |
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, <br><br> Plaintiffs - Appellees, | No. 12-56874 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, |

| | |
|---|---|
| v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, Director of the Federal Bureau of Investigation, in his official capacity; STEVEN M. MARTINEZ, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS,<br><br>    Defendants,<br><br> And<br><br>PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,<br><br>    Defendants - Appellants. | Santa Ana |
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, Director of the Federal Bureau of Investigation, in his official capacity; STEVEN M. MARTINEZ, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; J. | No. 13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>Central District of California, Santa Ana |

STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN; UNITED STATES OF AMERICA,

      Defendants - Appellees.

Plaintiffs-Appellants have filed a motion for partial reconsideration of the Court's March 17, 2015 order permitting the Government Defendants ("the Government") to file *ex parte* legal argument. The Government has told the Court "that the classified brief merely discusses the factual material in the classified declaration and contains no citations to legal authority." Response to Supplemental Filing on Motion for Reconsideration at 5, *Fazaga v. FBI*, Nos. 12-56867, 12-56874, 13-55017 (9th Cir. Sept. 24, 2015), ECF No. 84. We have reviewed the brief and confirmed that this is the case. As the panel will read the classified declarations in their entirety, the classified brief does not add anything to the Court's consideration of the case. We therefore strike it.

    FOR THE COURT:

    Molly C. Dwyer
    Clerk of Court

    By: Omar Cubillos
    Deputy Clerk