# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### AMENDED ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-56874 (12-56867, 13-55017) |
| Case Title | Fazaga, et al. v. FBI, et al. |

assigned for hearing:

| | | | | | |
|---|---|---|---|---|---|
| Date | December 7, 2015 | Time | 9:30 A.M. | Courtroom | 3 |
| Location | 125 S. Grand Avenue, Pasadena, CA  91109 | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Alexander H. Cote (State Bar No. 211558) in lieu of David C. Scheper (State Bar No. 120174) |
| Address | SCHEPER KIM & HARRIS LLP, 601 W. 5th Street, 12th Floor, Los Angeles, CA  90071-2025 |
| City | Los Angeles |
| State | CA |
| Zip Code | 90071-2025 |
| Phone | (213) 613-4655 |
| Email Address | acote@scheperkim.com |
| Party/parties represented | Defendants-Appellants, Pat Rose, Kevin Armstrong and Paul Allen |
| Special needs you may require in the courtroom | |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/Alexander H. Cote | Date | November 16, 2015 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250