IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA, et al.,<br><br>    Plaintiffs-Appellants,<br><br>    v.<br><br>FEDERAL BUREAU OF<br>  INVESTIGATION, et al.,<br><br>    Defendants-Appellees. | Nos. 12-56867, 12-56874,<br>13-55017 |

**NOTICE OF FILING OF
CLASSIFIED SUPPLEMENTAL EXCERPTS OF RECORD**

The federal appellees hereby provide notice that on November 23, 2015, as directed by the Court, the government filed Classified Supplemental Excerpts of Record, *ex parte* and under seal, by lodging them with a Classified Information Security Officer for transmission to this Court. The Classified Supplemental Excerpts of Record consist of materials that were filed, *ex parte* and under seal, in the district court. One of the documents in the Classified Supplemental Excerpts of Record, labeled "Tab 6," has since been declassified and has been filed in this Court on the public record. *See* Mot. for Leave to File Superseding Briefs, Attachment 1 (June 25, 2015). Because that document was filed in the district court as a classified exhibit, it is included in the Classified Supplemental Excerpts of Record even though it is now declassified.

Respectfully submitted,

s/ Daniel Tenny
DOUGLAS N. LETTER
DANIEL TENNY
  *Attorneys*
  *Civil Division, Room 7215*
  *Department of Justice*
  *950 Pennsylvania Avenue, N.W.*
  *Washington, D.C. 20530-0001*
  *(202) 514-1838*

NOVEMBER 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2015, I filed the foregoing via the Court's CM/ECF system. The CM/ECF system will effect service on all counsel of record.

                                              s/ Daniel Tenny
                                              Daniel Tenny