Consolidated Case Nos. 13-55017, 12-56867, 12-56874
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

Yassir Fazaga, *et al.*,

Plaintiffs,

v.

Federal Bureau of Investigation; *et al.*

Defendants.
_____

On Appeal from the United States District Court, Central District of California
No. CV 11-301-CJC (VBK)
_____

**PLAINTIFFS-APPELLANTS/CROSS-APPELLEES'
MOTION FOR ADDITIONAL ARGUMENT TIME**
_____

PETER BIBRING
pbibring@aclusocal.org
AHILAN T. ARULANANTHAM
aarulanantham@aclusocal.org
CATHERINE A. WAGNER
cwagner@aclusocal.org
ACLU Foundation
  of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

FATIMA DADABHOY
fdadabhoy@cair.com
Council on American-Islamic
Relations, California
2180 W. Crescent Avenue, Suite F
Anaheim, CA 92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

DAN STORMER
dstormer@hadsellstormer.com
MOHAMMAD TAJSAR
mtajsar@hadsellstormer.com
Hadsell Stormer & Renick, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

Plaintiffs bring this motion to address the time and logistics of oral argument before this Court set for Dec. 7, 2015, at 9:30 a.m. in Courtroom 3, of the Richard H. Chambers Courthouse in Pasadena, California. The Court has allocated 20 minutes of oral argument time per side for argument in the present matter. Because the present appeal involves three sets of defendants who filed separate briefs in this cross-appeal, and also involves numerous and complex legal issues set forth in voluminous briefing, Plaintiffs respectfully move that this Court increase oral argument time to 30 minutes per side. While Plaintiffs recognize that the Court may allow additional argument time on the day of the hearing, increasing the allotted time in advance will allow the parties to better plan their presentations. Defendants take no position on this request for additional time.

Additionally, as indicated in their acknowledgement of hearing noticed, Dkt. No. 93 (filed Oct. 5, 2015), due to the number and complexity of issues, and the fact that each of the three sets of defendants will be arguing separately, Plaintiffs intend to have Ahilan T. Arulanantham present arguments on the state secrets privilege and claims against the federal government and official capacity defendants and Peter Bibring present argument on claims against individual capacity defendants. Plaintiffs respectfully request that the Court allow this division of issues, within whatever total argument time the Court allocates for Plaintiffs.

///

///

2

Dated:  November 30, 2015	Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

 /s/ Peter Bibring
PETER BIBRING
Counsel for Plaintiffs-Appellants

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2015, I caused to be electronically filed the foregoing PLAINTIFFS-APPELLANTS/CROSS-APPELLEES' MOTION FOR ADDITIONAL ARGUMENT TIME, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                 s/Peter Bibring
                                                 PETER BIBRING
                                                 Counsel for Plaintiffs-Appellants