FILED

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

DEC 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, | No. 12-56867 |
| Plaintiffs - Appellees, | D.C. No. 8:11-cv-00301-CJC-VBK Central District of California, Santa Ana |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION; ROBERT MUELLER, Director of the Federal Bureau of Investigation, in his official capacity; STEVEN M. MARTINEZ, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN, | ORDER |
| Defendants, | |
| And | |
| BARBARA WALLS; J. STEPHEN TIDWELL, | |
| Defendants - Appellants. | |
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, | No. 12-56874 |
| Plaintiffs - Appellees, | D.C. No. 8:11-cv-00301-CJC-VBK Central District of California, Santa Ana |

v.

FEDERAL BUREAU OF
INVESTIGATION; ROBERT
MUELLER, Director of the Federal
Bureau of Investigation, in his official
capacity; STEVEN M. MARTINEZ,
Assistant Director in Charge, Federal
Bureau of Investigation's Los Angeles
Division, in his official capacity; J.
STEPHEN TIDWELL; BARBARA
WALLS,

   Defendants,

 And

PAT ROSE; KEVIN ARMSTRONG;
PAUL ALLEN,

   Defendants - Appellants.

---

YASSIR FAZAGA; ALI UDDIN MALIK;
YASSER ABDELRAHIM,

   Plaintiffs - Appellants,

v.

FEDERAL BUREAU OF
INVESTIGATION; ROBERT
MUELLER, Director of the Federal
Bureau of Investigation, in his official
capacity; STEVEN M. MARTINEZ,
Assistant Director in Charge, Federal
Bureau of Investigation's Los Angeles
Division, in his official capacity; J.

No. 13-55017

D.C. No. 8:11-cv-00301-CJC-VBK
Central District of California,
Santa Ana

STEPHEN TIDWELL; BARBARA
WALLS; PAT ROSE; KEVIN
ARMSTRONG; PAUL ALLEN; UNITED
STATES OF AMERICA,

        Defendants - Appellees.

Before: GOULD and BERZON, Circuit Judges and STEEH,[*] Senior District
Judge.

    Plaintiffs' motion to increase oral argument time to 30 (thirty) minutes per

side is GRANTED. The parties on each side may divide arguments as they choose.

While the parties may otherwise choose which issues to argue, the panel requests

that they substantially address the relationship between the Federal Intelligence

Surveillance Act and the *Reynolds* state secrets privilege.

---

    [*]    The Honorable George Caram Steeh III, Senior District Judge for the
U.S. District Court for the Eastern District of Michigan, sitting by designation.