## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2015, I caused to be electronically filed the foregoing 28(j) correspondence, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 s/ Peter Bibiring
PETER BIBRING
Counsel for Plaintiff Appellants