Consolidated Case Nos. 13-55017, 12-56867, 12-56874
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

Yassir Fazaga, *et al.*,

Plaintiffs,

v.

Federal Bureau of Investigation; *et al.*

Defendants.
_____

On Appeal from the United States District Court, Central District of California
No. CV 11-301-CJC (VBK)
_____

**PLAINTIFFS-APPELLANTS' NOTICE OF ERRATA**
_____

PETER BIBRING
pbibring@aclusocal.org
AHILAN T. ARULANANTHAM
aarulanantham@aclusocal.org
CATHERINE A. WAGNER
cwagner@aclusocal.org
ACLU Foundation
  of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

FATIMA DADABHOY
fdadabhoy@cair.com
Council on American-Islamic
Relations, California
2180 W. Crescent Avenue, Suite F
Anaheim, CA 92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340

DAN STORMER
dstormer@hadsellstormer.com
MOHAMMAD TAJSAR
mtajsar@hadsellstormer.com
Hadsell Stormer & Renick, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

In preparing for oral argument, Plaintiffs' counsel discovered that one reference in their reply/cross-opposition brief was mistakenly changed to an incorrect citation during the citecheck process, such that the brief names an incorrect case name and reporter for a substantive point and parenthetical quotation. The citation in question appears on page 83 of Plaintiffs' Reply/Cross Opposition, Dkt. No. 85-2, as follows:

> *Am. Family Ass'n v. City & Cnty. of San Francisco*, 277 F.3d 1114, 1124 (9th Cir. 2002) ("Under *Smith* and *Lukumi*, however, there is no substantial burden requirement when government discriminates against religious conduct.")

The correct citation is as follows:

> *Tenafly Eruv Ass'n v. Borough of Tenafly*, 309 F.3d 144, 170 (3rd Cir. 2002) ("Under *Smith* and *Lukumi*, however, there is no substantial burden requirement when government discriminates against religious conduct.")

Plaintiffs briefing at the district court cited *Tenafly* for this point, using this parenthetical. *See* Cross-Appellants Rose, Allen and Armstrong's Supplemental Excepts of Record, Dkt. No. 63-2, at SER 90.

Dated:  December 7, 2015              Respectfully submitted,
                                      ACLU OF SOUTHERN CALIFORNIA
                                       /s/ Peter Bibring
                                      PETER BIBRING
                                      Counsel for Plaintiffs-Appellants

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, I caused to be electronically filed the foregoing PLAINTIFFS-APPELLANTS' NOTICE OF ERRATA, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

   s/Peter Bibring
PETER BIBRING
Counsel for Plaintiffs-Appellants