

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7215
Washington, DC 20530

Tel: 202-514-1838

VIA CM/ECF

July 13, 2016

Ms. Molly C. Dwyer
Clerk, United States Court of Appeals
 for the Ninth Circuit
95 Seventh St
San Francisco, CA 94103

RE:     *Fazaga v. Federal Bureau of Investigation*,
          Nos. 12-56867, 12-56874, 13-55017 (9th Cir.)
          **Argued December 7, 2015**

Dear Ms. Dwyer:

      Pursuant to Federal Rule of Appellate Procedure 28(j), we are writing regarding the Supreme Court's recent decision in *Simmons v. Himmelreich*, 136 S. Ct. 1843 (2016). The Court's decision in *Simmons* related to the judgment bar provision of the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2676, which provides that a judgment in an FTCA action constitutes a complete bar to actions against individual government employees that are based on the same conduct. In *Simmons*, the Court held that the judgment bar does not apply when a tort claim against the United States was dismissed based on one of the exceptions to the FTCA, 28 U.S.C. § 2680.

      The Supreme Court's decision in *Simmons* does not affect the proper disposition of plaintiffs' claims in this case against the United States, its agencies, or its officers in their official capacities. It is relevant only to whether claims against the individual-capacity defendants must be dismissed if this Court affirms the district court's dismissal of tort claims against the United States. *See* Gov't Superseding Br. 40-42.

2

Sincerely,

*s/ Daniel Tenny*
Daniel Tenny

cc (by CM/ECF):   All counsel of record