## **CERTIFICATE OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in Los Angeles County, State of California. I am over the age of 18 and not a party to the within action. My business address is Scheper Kim & Harris LLP, 601 W. Fifth Street, 12th Floor, Los Angeles, California 90071.

I hereby certify that I electronically filed the foregoing **CROSS-APPELLANTS PAT ROSE, PAUL ALLEN AND KEVIN ARMSTRONG'S LETTER RE THE ZIGLAR MATTER** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 23, 2017

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed on June 23h, 2017 at Los Angeles, California

                                            /s/ Alexander H. Cote
                                            Attorneys for Cross-Appellants Pat Rose,
                                            Paul Allen and Kevin Armstrong