Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

| | |
|---|---|
| 9th Circuit Case Number(s) | 12-56867; 12-56874; 13-55017 |
| Case Name: | Fazaga, et al. **v.** Federal Bureau of Ivestigation, et al. |
| List the name(s) of the party or parties you are representing: | Yasser Abdelrahim; Ali Uddin Malik; Yassir Fazaga |

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☒ Appellant/Cross-Appellee
☐ Appellee  ☐ Respondent  ☐ Intervenor  ☒ Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: 

| | |
|---|---|
| Name | Mohammad Tajsar |
| Firm/Office | ACLU Foundation of Southern California |
| Address | 1313 West Eighth Street |
| City | Los Angeles |
| State | CA |
| Zip Code | 90017 |
| Email | mtajsar@aclusocal.org |
| Re-enter Email | mtajsar@aclusocal.org |
| Phone Number *(including area code)* | 213-977-9500 |
| Signature *(use "s/" format)* | s/ Mohammad Tajsar |
| Date | 8/30/2017 |

| | |
|---|---|
| 9th Circuit Case Number(s) | 12-56867; 12-56874; 13-55017 |

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*.
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* 8/30/2017 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)*  s/ Mohammad Tajsar

*********************************************************************

## CERTIFICATE OF SERVICE
### When <u>Not</u> All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* _____ .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*