**Nos. 12-56867, 12-56874, 13-55017**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

YASSIR FAZAGA et al.,

                                  *Plaintiffs-Appellants*,

v.

FEDERAL BUREAU OF INVESTIGATION et al.,

                                  *Defendants-Cross-Appellees*.

and

BARBARA WALLS, J. STEPHEN TIDWELL, KEVIN ARMSTRONG, PAUL ALLEN, AND PAT ROSE

                                  *Defendants-Appellants/Cross-Appellees*.

On Appeal from the United States District Court
for the Central District of California, No. 8:11-cv-00301-CJC-VBK (Carney, J.)

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Federal Rule of Appellate Procedure 27, David G. Beraka respectfully requests leave to withdraw his individual appearance as counsel on behalf of Defendants J. Stephen Tidwell and Barbara Walls. On May 21, 2018, Mr. Beraka will be leaving the firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Defendants Tidwell and Walls will continue to be represented in the appeal by Carl J. Nichols and Howard M. Shapiro of WilmerHale, who have supervised Mr. Beraka throughout the appeal.

2

Accordingly, Mr. Beraka's withdrawal will not result in any prejudice or delay.

                                              Respectfully submitted,

/s/ Carl J. Nichols
CARL J. NICHOLS
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
carl.nichols@wilmerhale.com

May 11, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Carl J. Nichols
CARL J. NICHOLS