UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 28 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br> and<br><br>BARBARA WALLS; J. STEPHEN TIDWELL,<br><br>        Defendants - Appellants, | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br> and | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>U.S. District Court for Central California, Santa Ana |

PAT ROSE; et al.,

       Defendants - Appellants.

YASSIR FAZAGA; et al.,

       Plaintiffs - Appellants,

v.

FEDERAL BUREAU OF INVESTIGATION; et al.,

       Defendants - Appellees.

No. 13-55017

D.C. No. 8:11-cv-00301-CJC-VBK
U.S. District Court for Central California, Santa Ana

At the direction of the Court, the parties shall bear their own costs.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT

       By: Rhonda M. Moreno
       Deputy Clerk
       Ninth Circuit Rule 27-7