

March 5, 2019

Thomson Reuters
Attn: Jean Green, Senior Publications Coordinator
610 Opperman Drive
PO Box 64526
Eagan, MN 55123

*Via Certified Mail*

**Re: Ninth Circuit Court of Appeals Case No. 12-56867; Docket Entry 124-1**

To Whom It May Concern,

In the Opinion dated February 28, 2019 in the above-referenced matter, the name of counsel Peter Bibring (CA State Bar No. 223981) is misspelled on page 9 as "Birbring". Mr. Bibring respectfully requests that this misspelling be corrected.

Sincerely,

Casey Kasher, Paralegal
ACLU of Southern California
213.977.5265
ckasher@aclusocal.org

**EXECUTIVE DIRECTOR** Hector O. Villagra

**CHAIR** Shari Leinwand  **VICE CHAIR** Sherry Frumkin
**CHAIRS EMERITI** Danny Goldberg  Allan K. Jonas*  Burt Lancaster*  Irving Lichtenstein, MD*  Jarl Mohn  Laurie Ostrow*  Stanley K. Sheinbaum*  Stephen Rohde

*deceased