IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA, et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants-Appellees. | Nos. 12-56867,<br>12-56874, & 13-55017 |

**UNOPPOSED, JOINT MOTION FOR A 30-DAY EXTENSION OF THE TIME IN WHICH TO PETITION FOR REHEARING**

Pursuant to Federal Rules of Appellate Procedure 26(b)(2) and 27, Defendants-Appellees respectfully request a 30-day extension of the time in which to file any petitions for panel or en banc rehearing of the panel opinion in this case. If granted, any such petitions would be due Friday, June 14, 2019. This motion is jointly filed by all of the Defendants-Appellees. Plaintiffs-Appellants do not oppose.

**1.** This complex appeal arises from a civil action brought by three members of the Muslim community in Southern California against the United States, the Federal Bureau of Investigation, two FBI officials in their official capacities, and five current and former FBI employees in their individual capacities. Plaintiffs alleged in an 11-count complaint that the defendants targeted them for investigation because of their religion, in violation of the First Amendments, the Religious Freedom Restoration

Act, and other authorities, and conducted surveillance in violation of the Fourth Amendment and the Foreign Intelligence Surveillance Act. The government invoked the state secrets privilege over certain categories of information, *see United States v. Reynolds*, 345 U.S. 1 (1953), and the district court dismissed all but one of plaintiffs' claims on the basis of the state-secrets privilege. *Fazaga v. FBI*, 884 F. Supp. 2d 1022 (C.D. Cal. 2012). As to the remaining claim for damages against individual-capacity defendants under 50 U.S.C. § 1810, the district court denied those defendants' motions for dismissal on the basis of qualified immunity. *Fazaga v. FBI*, 885 F. Supp. 2d 978 (C.D. Cal. 2012). The individual-capacity defendants appealed the order denying dismissal for qualified immunity, and plaintiffs secured partial final judgment under Federal Rule of Civil Procedure 54(b) and appealed the district court's dismissal of their other claims on state-secrets grounds.

**2.** On February 28, 2019, the panel issued a 103-page slip opinion addressing a wide range of issues. Among many others, the opinion addresses questions involving the relationship between the state-secrets privilege and the Foreign Intelligence Surveillance Act, and interprets the First, Fourth, and Fifth Amendments, 42 U.S.C. § 1985(3), the Religious Freedom Restoration Act, and the Privacy Act. *See Fazaga v. FBI*, 916 F.3d 1202 (9th Cir. 2019).

**3.** Any petition for panel or en banc rehearing in this matter is currently due on Wednesday, May 15, 2019, on one extension. The Solicitor General is responsible for determining whether or not the government should seek rehearing en banc. *See* 28

C.F.R. § 0.20(b). In light of the complexity and importance of the matters decided by the panel, and in order to permit the Solicitor General adequate time to fully consider whether to seek further judicial review—and, if so, which issues to raise—the government respectfully requests an additional 30 days in which to file any petition for rehearing in this matter. If granted, any such petition would be due Friday, June 14, 2019. An extension of this duration would provide the government adequate time to decide whether or not to seek further judicial review, and to prepare any petition.

**4.** Counsel for Defendants-Appellees have consulted with counsel for Plaintiffs-Appellants. This motion is unopposed.

Respectfully submitted,

SHARON SWINGLE
(202) 353-2689
 /s/ *Joseph F. Busa*
JOSEPH F. BUSA
(202) 353-0261
   Civil Division, Appellate Staff
   U.S. Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530
   **Attorneys for Federal Defendants**

 /s/ *Alexander H. Cote*
ALEXANDER H. COTE
(213) 613-4660
   Scheper Kim & Harris LLP
   601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071-2025
   **Attorney for Defendants Pat Rose, Paul Allen, and Kevin Armstrong**

 /s/ *Carl J. Nichols*
CARL J. NICHOLS
(202) 663-6000
   Wilmer Cutler Pickering Hale and Dorr LLP
   1875 Pennsylvania Avenue, N.W.
   Washington, DC 20008
   **Attorney for Defendants J. Stephen Tidwell and Barbara Walls**

MAY 2019

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                      */s/ Joseph F. Busa*
                                      JOSEPH F. BUSA
                                      Counsel for Federal Defendants

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32, I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 527 words, according to the count of Microsoft Word.

                                      */s/ Joseph F. Busa*
                                      JOSEPH F. BUSA
                                      Counsel for Federal Defendants