UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; PAUL DELACOURT, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN, <br><br> Defendants, <br><br> and <br><br> BARBARA WALLS; J. STEPHEN TIDWELL, <br><br> Defendants-Appellants, | No. 12-56867 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF | No. 12-56874 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK |

INVESTIGATION; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; PAUL DELACOURT, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS,

            Defendants,

and

PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,

            Defendants-Appellants.

---

YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM,

            Plaintiffs-Appellants,

 v.

FEDERAL BUREAU OF INVESTIGATION; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; PAUL DELACOURT, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN; UNITED STATES OF AMERICA,

            Defendants-Appellees.

No. 13-55017

D.C. No.
8:11-cv-00301-CJC-VBK

Before: GOULD and BERZON, Circuit Judges, and STEEH,[*] District Judge.

Plaintiffs Yassir Fazaga, Ali Uddin Malik, and Yasser AbdelRahim are directed to file a response to the Petition for Rehearing En Banc filed with this court on June 14, 2019. The response shall not exceed fifteen pages or 4,200 words, and shall be filed within 21 days of the date of this order. Parties who are registered for Appellate ECF must file the response electronically without submission of paper copies. Parties who are not registered Appellate ECF filers must file the original response.

---

[*] The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.