

# CRAIG F. MONTEILH
# FORMER FBI INFORMANT

20 REMINGTON  IRVINE, CALIFORNIA, TELEPHONE (949) 395-1124

June 20, 2019

Molly Dwyer
Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RE: ***Yassir Fazaga et., al., v. FBI***
Case Nos. 12-56867, 12-56874, & 13-55017

Dear Ms. Dwyer:

Craig F. Monteilh responding to the government's *in camera* filing and declassification of a document on June 25, 2015.

I am aware that the Attorney General and FBI's classified *in camera* filings were not viewed by counsel for the Plaintiffs nor counsel for the individual capacity Defendants.

I am the FBI's confidential informant whose conduct is at issue in this case. When the government files *in camera* classified documents and materials that information submitted to Judges are subjected to the government's interpretation and context.

When the government declassified a specific document that I signed it no longer remained subjected to the government's interpretation and context. I am asserting that the government misled the Court and misused classified materials and I'm able to corroborate my assertion.

In the government's filing they address the "plaintiffs' specific assertion that the FBI acquiesced in Monteilh's leaving recording devices unattended inside mosques."

They address this assertion by adding, "The FBI can advise the Court at this stage that Monteilh agreed in writing to keep FBI issued recording devices with him at all times while they were turned on. He executed the attached FBI form FD-473 on November 17, 2006...."

Government attorneys also argued this point in front of the panel on December 7, 2015. I did sign that FBI form, however, it had nothing to do with the surveillance devices I left unattended inside mosques.

The document I signed is specific. It states that I authorized the FBI to *"place a Body Recorder on my person for the purpose of recording any conversations with various CT and others as yet unknown...."*

A body recorder and key fobs are entirely different recording devices and require separate FBI forms to sign. I left vehicle remote control devices with recording equipment fitted inside unattended inside mosques.

The body recorder was a prototype video recorder in its early stages that would later be condensed and fitted in a shirt button. The body recorder was a bulky device fitted under my armpit which was impossible for me to remove. That's why it had to be *"placed on"* me.

The document I signed regarding key fob recording devices does not have any language instructing me to keep devices with me at all times. The government knows this and that's why they sought to mislead the Court.

Now with respect to corroborating my assertion of government misconduct, my handwritten notes and supplemental attached notes will demonstrate to the Court the actual use of this body recorder. I know where to look. After all, they're my notes. I wrote them.

Thank you for the Court's consideration.

    Respectfully submitted,

    By: /s/ *Craig F. Monteilh*
    20 Remington
    Irvine, CA 92620
    (949) 395-1124

    *Former FBI Confidential Informant*
    *Principal Witness*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019, I filed the foregoing Letter with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939, by MAIL as I am not registered with the ECF system.

I further certify that the following attorneys in the case were concurrently served by First-Class US Mail, postage prepaid:

| | |
|---|---|
| Ahilan Thevanesan Arulanantham<br>Mohammad Tajsar<br>ACLU Foundation of So. California<br>1313 West Eighth Street<br>Los Angeles, CA 90017 | Peter Bibring, Esquire<br>ACLU of Southern California,<br>140 S. Lake Avenue Suite 230<br>Pasadena, CA 81101 |
| Joshua Piovia-Scott<br>Dan Stormer<br>Hadsell Stormer & Renick LLP<br>128 North Fair Oaks Avenue<br>Pasadena, CA 91103 | Anthony Joseph Coppolino,<br>Senior Litigation Counsel<br>DOJ-U.S. Department of Justice<br>20 Massachusetts Ave. NW<br>Washington, DC 20530 |
| Joseph Forrest Busa<br>Sharon Swingle<br>Daniel Tenny<br>DOJ - U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | Katie Moran<br>WilmerHale LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| Howard Morris Shapiro<br>Carl John Nichols<br>WilmerHale<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 | David Scheper<br>Alexander Cote<br>Angela Machala<br>Scheper Kim & Harris LLP<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071-202 |

By: /s/ *Craig F. Monteilh*