IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| YASSIR FAZAGA, et al.,<br><br>  Plaintiffs-Appellants,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>  Defendants-Appellees. | Nos. 12-56867, 12-56874, & 13-55017 |

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL RESPONSE TO PETITIONS FOR REHEARING AND FOR EXTENSION OF TIME TO FILE RESPONSE**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, Plaintiffs (i) request leave to file one 30-page or 8,400 word brief to respond to the three Petitions for Rehearing filed by the federal government and the individual Defendants on June 20, 2019, and (ii) request a 42-day extension of the deadline to respond thereto. If granted, Plaintiffs will be entitled to file one 30-page or 8,400 word response to the three Petitions by August 23, 2019. Defendants' counsels do not object to either request.

On June 14, 2019, Defendants filed three Petitions for Rehearing or Rehearing En Banc, one on behalf of the government, one on behalf of the Federal Bureau of Investigation's supervisory agents Barbara Walls and J. Stephen Tidwell, and one on behalf of line FBI agents Kevin Armstrong, Paul Allen, and Pat Rose. Case No. 12-

56867 (hereinafter "Lead Case") ECF Nos. 136, 135, 137. The government's Petition challenges the panel's ruling that the Foreign Intelligence Surveillance Act preempts application of the common law state secrets privilege, and its ruling that the FISA's *in camera* and *ex parte* procedures codified at 50 U.S.C. 1806(f) govern the adjudication of the legality of Plaintiffs' claims in this case. Lead Case ECF No. 124. Defendants-Appellants Walls and Tidwell joined both of the government's positions on FISA, but filed a separate petition seeking to overturn the panel's rejection of their Due Process Clause and Seventh Amendment arguments against use of FISA's procedures. Lead Case ECF 135. Defendants-Appellants Rose, Allen, and Armstrong's separate Petition raises the same Due Process Clause and Seventh Amendment arguments, but also seeks rehearing on the panel's decisions to deny them qualified immunity on Plaintiffs' religious discrimination claims and to overrule their Rule 12(b)(6) challenge to the adequacy of Plaintiffs' pleadings. Lead Case ECF No. 137.

On June 20, 2019, the Court directed Plaintiffs to submit one 15-page or 4,200-word response within 21 days. Lead Case ECF No. 140. The current deadline for Plaintiffs' response is July 11.

Given the various issues raised in each of the three Petitions, Plaintiffs respectfully request leave to file the equivalent of one additional responsive brief—for a total of 30-pages or 8,400-words in their brief in opposition to the petitions for rehearing en banc. Plaintiffs believe that the equivalent of one additional brief will

afford them adequate space to concisely address each of the arguments raised by Defendants in their three Petitions.

Plaintiffs also request a 42-day extension to file their responsive brief, until August 23, 2019. Plaintiffs make this request because of the additional time required to address all of Defendants' arguments, and to accommodate Plaintiffs' counsel's pre-existing vacation and work schedules (including planned vacations of one week or more during July and August for some of Plaintiffs' counsel, as well as an oral argument before the Ninth Circuit in *Ramos v. Nielsen*, No. 18-16981 (9th Cir. filed October 12, 2018), that one of Plaintiffs' counsel will present on August 14, 2019). The requested extension is reasonable not only because of these pre-existing commitments, but also because the Court previously granted Defendants two 30-day extensions to file their petitions for rehearing of the panel's decision. Lead Case ECF Nos. 132, 134.

Plaintiffs' counsel consulted with Defendants' counsel on both requests. Defendants' counsel do not object to either.

Dated June 26, 2019						Respectfully submitted,

*/s/ Mohammad Tajsar*
MOHAMMAD TAJSAR
　ACLU Foundation of Southern California
　1313 West Eighth Street
　Los Angeles, CA 90017
　(213) 977-9500
　mtajsar@aclusocal.org
　**Counsel for Plaintiffs-Appellants**

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32, I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 547 words, according to the count of Microsoft Word.

Dated June 26, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Mohammad Tajsar*
　　　　　　　　　　　　　　　　　MOHAMMAD TAJSAR
　　　　　　　　　　　　　　　　　**Counsel for Plaintiffs-Appellants**