UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br> and<br><br>BARBARA WALLS; J. STEPHEN TIDWELL,<br><br>        Defendants - Appellants, | No. 12-56867<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br> and | No. 12-56874<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>U.S. District Court for Central California, Santa Ana |

PAT ROSE; et al.,

    Defendants - Appellants.

---

YASSIR FAZAGA; et al.,

    Plaintiffs - Appellants,

v.

FEDERAL BUREAU OF INVESTIGATION; et al.,

    Defendants - Appellees.

No. 13-55017

D.C. No. 8:11-cv-00301-CJC-VBK
U.S. District Court for Central California, Santa Ana

    The judgment of this Court, entered February 28, 2019 and amended July 20, 2020, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7