# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 18, 2020

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Federal Bureau of Investigation, et al.
            v. Yassir Fazaga, et al.
            No. 20-828
            (Your No. 12-56867, 13-55017)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on December 17, 2020 and placed on the docket December 18, 2020 as No. 20-828.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Jeffrey Atkins
      Deputy Clerk