# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 7, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Federal Bureau of Investigation, et al.
           v. Yassir Fazaga, et al.
           No. 20-828
           (Your No. 12-56867, 13-55017)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is granted.

                                                      Sincerely,

                                                          **Scott S. Harris**, Clerk