# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 4, 2022

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:   Federal Bureau of Investigation, et al.
            v. Yassir Fazaga, et al.
            No. 20-828
            (Your No. 12-56867, 12-56874, 13-55017)

Dear Clerk:

      The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

      The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk

by

Laurie Wood
Deputy Clerk
(202) 479-3031