# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 5, 2022

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re: **Federal Bureau of Investigation, et al.**
           **v. Yassir Fazaga, et al.,**
           **No. 20-828 (Your docket Nos. 12-56867, 12-56874, & 13-55017)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                          Sincerely,

                                          SCOTT S. HARRIS, Clerk

                                          By

                                          Hervé Bocage
                                          Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 5, 2022

Ms. Elizabeth B. Prelogar, Esq.
Solicitor General
U. S. Dept. of Justice
950 Pennsylvania Avenue, N. W.
Washington, D. C. 20530-0001

Mr. Ahilan T. Arulanantham, Esq.
UCLA School of Law
385 Charles Young Drive East
Loas Angeles, California 90095

  Re: Federal Bureau of Investigation, et al.
     v. Yassir Fazaga, et al.,
     No. 20-828

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

  The petitioners are given recovery of costs in this Court as follows:

    **Printing of record: $2,996.04**

  This amount may be recovered from the respondents.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By *[signature]*
          Herve' Bocage
          Judgments/Mandates Clerk

cc: All counsel of record
   Clerk, USCA 9th Cir.
     (Your docket Nos. 12-56867, 12-56874, & 13-55017)

# Supreme Court of the United States

No. 20-828

**FEDERAL BUREAU OF INVESTIGATION, ET AL.,**

Petitioners

v.

**YASSIR FAZAGA, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners the Federal Bureau of Investigation, et al. recover from Yassir Fazaga, et al., Two Thousand Nine Hundred and Ninety-Six Dollars and Four Cents ($2,996.04) for costs herein expended.

March 4, 2022

**Printing of record:** $2,996.04

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States