**Consolidated Case Nos. 13-55017, 12-56867, 12-56874**

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

Yassir Fazaga, *et al.*,

Plaintiffs

v.

Federal Bureau of Investigation, *et al.*

Defendants

_____

On Appeal from the United States District Court, Central District of California
No. CV 11-301-CJC (VBK)

_____

## MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF

_____

Ahilan Arulanantham
   *Counsel of Record*
arulanantham@law.ucla.edu
UCLA SCHOOL OF LAW
385 Charles Young Drive East
Los Angeles, CA 90095
Telephone: (310) 825-1029


Peter Bibring
pbibring@aclusocal.org
Mohammad Tajsar
mtajsar@aclusocal.org
ACLU FOUNDATION OF
   SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Dan Stormer
dstormer@hadsellstormer.com
Shaleen Shanbhag
sshanbhag@hadsellstormer.com
HADSELL STORMER RENICK
   & DAI LLP
128 North Fair Oaks Avenue
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

**MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**

Pursuant to Circuit Rule 31-2.2(b), Plaintiffs respectfully request an extension to file their supplemental brief. This brief is currently due on May 31, 2022. Plaintiffs request a 30-day extension, such that the brief would be due on or before June 30, 2022. This is the first request for extension to file this supplemental brief. Defendants represent that they would not oppose this motion so long as they also receive an extension to September 19 to accommodate counsel for the Government's pre-existing litigation obligations in July and pre-existing and non-reschedulable vacation plans from July 21 to August 7 and August 12 to August 21.

Substantial justification exists for this request, as Plaintiffs' counsel have numerous competing commitments that make it untenable for them to file by May 31. Mohammad Tajsar and Ahilan Arulanantham will take primary responsibility for drafting this brief. Mr. Tajsar is counsel for plaintiffs in *Phillips, et al. v. U.S. Customs and Border Protection et al.*, No. 21-55768 (9th Cir.), a multi-plaintiff, multi-defendant action, and must submit an opening brief in this Court no later than May 27, 2022. Mr. Arulanantham also has several competing commitments, including an amicus brief to file no later than May 18, 2022 in *Arizona, et al. v. Centers for Disease Control and Prevention, et al.*, No. 6:22-cv-00885 (W.D. La.), as well as further litigation likely to occur in that case on an emergency basis in the forthcoming weeks.

1

Other counsel in this case also have competing deadlines. Shaleen Shanbhag is counsel in this case, and also counsel for plaintiffs in *Sepulveda, et al. v. City of Whittier, et al.*, Case No. 2:17-cv-04457-JAK-KS (C.D. Cal.), which goes to trial May 25, 2022. Ms. Shanbhag is also counsel for the defendant in *Castillo v. Ruby's Red Ribbon, Inc.*, Case No. 19PSCV00641 (Cal. Super. Ct.), which goes to trial June 13, 2022. In addition, Ashley Gorski and Patrick Toomey, both of whom served as counsel in this case at the Supreme Court, anticipate providing substantial assistance on this brief as well. Both are counsel for plaintiffs in *Xi, et al. v. United States*, No. 21-2798 (3rd Cir.) and must file a reply brief no later than May 27, 2022. They also anticipate filing a petition for writ of certiorari in another FISA case no later than June 27, 2022.

Notwithstanding these competing obligations, counsel for Plaintiffs have exercised diligence in endeavoring to complete their brief—including through extended work during evenings and weekends—to comply with the original deadline. However, despite their intense efforts, they cannot complete the briefing within the original time. Plaintiffs' brief must address several important issues involving whether the Government properly invoked the state secrets privilege, whether the District Court was correct to dismiss Plaintiffs' claims on the pleadings under extant state secrets doctrine, and whether the state secrets privilege authorizes dismissal in this case, which does not involve a Government contract or matters the

2

very subject of which are secret.

Counsel represent that absent some unforeseen and extraordinary circumstance, Plaintiffs will file their brief on or before June 30, 2022.[1]

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs a 30-day extension to file the supplemental brief on remand. Defendants do not oppose this request so long as they also receive an extension to September 19 for their response.

Respectfully submitted,


Dated:  May 18, 2022

s/ Mohammad Tajsar
MOHAMMAD TAJSAR
PETER BIBRING
Counsel for Plaintiffs-Appellants

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

---

[1] The court reporter is not in default with regards to any designated transcripts.