UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; PAUL DELACOURT, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN, <br><br> Defendants, <br><br> and <br><br> BARBARA WALLS; J. STEPHEN TIDWELL, <br><br> Defendants-Appellants, | No. 12-56867 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF | No. 12-56874 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK |

| | |
|---|---|
| INVESTIGATION; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; PAUL DELACOURT, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS, <br><br>        Defendants, <br><br> and <br><br>PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN, <br><br>        Defendants-Appellants. | |
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, <br><br>        Plaintiffs-Appellants, <br><br> v. <br><br>FEDERAL BUREAU OF INVESTIGATION; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; PAUL DELACOURT, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN; UNITED STATES OF AMERICA, <br><br>        Defendants-Appellees. | No.   13-55017 <br><br>D.C. No. <br>8:11-cv-00301-CJC-VBK |

Before:  GOULD and BERZON, Circuit Judges, and STEEH,[*] District Judge.

Plaintiffs' motion for an extension of time to file a supplemental brief (Dkt. No. 161) is GRANTED.  The Plaintiffs' supplemental brief is due on June 30, 2022.  The Defendants' response brief is due on September 19, 2022.

---

[*] The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.