Consolidated Case Nos. 13-55017, 12-56867, 12-56874

# In the United States Court of Appeals for the Ninth Circuit

YASSIR FAZAGA, *et al.*,

*Plaintiffs-Appellants*,

v.

FEDERAL BUREAU OF INVESTIGATION, *et al.*,

*Defendants-Appellees*.

*On Appeal from the United States District Court
for the Central District of California*

**MOTION OF CONSTITUTIONAL ACCOUNTABILITY CENTER
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
IN SUPPORT OF PLAINTIFFS-APPELLANTS**

Movant, Constitutional Accountability Center, requests leave under Federal Rule of Appellate Procedure 29(a)(3) and Ninth Circuit Rule 29-3 to file an *amicus curiae* brief in support of the Plaintiffs-Appellants' supplemental brief filed on June 30, 2022.  The proposed *amicus* brief is attached as an exhibit to this motion.  In support of its motion, *amicus* states as follows:

1.  Constitutional Accountability Center (CAC) is a think tank and public interest law firm dedicated to fulfilling the progressive promise of the Constitution's text and history.  CAC works in our courts, through our government,

1

and with legal scholars to improve understanding of the Constitution and preserve the rights and freedoms it guarantees. CAC has a strong interest in ensuring meaningful access to the courts, in accordance with constitutional text and history, and therefore has an interest in this case.

2. CAC routinely files briefs in the Supreme Court and in this Court addressing constitutional questions and legal history, including a brief filed in the Supreme Court in this case. *See* Br. of CAC as Amicus Curiae Supporting Respondents, *FBI v. Fazaga*, No. 20-828 (U.S. Sept. 28, 2021); *see also* Br. of CAC as Amicus Curiae Supporting Plaintiffs, *Karnoski v. Trump*, No. 18-35347 (9th Cir. July 3, 2018); Br. of Federal Courts Scholars as Amici Curiae Supporting Plaintiffs, *Sierra Club v. Trump*, No. 19-16102 (9th Cir. Aug. 22, 2019); Br. of Legal Historians as Amici Curiae Supporting Plaintiffs, *Washington v. DHS*, No. 19-35914 (9th Cir. Jan. 24, 2020); Br. of Members of Congress as Amici Curiae Supporting Plaintiffs, *Flores v. Barr*, No. 19-56326 (9th Cir. Jan. 28, 2020); Br. of Federal Courts Scholars as Amici Curiae Supporting Plaintiffs, *League of Conservation Voters v. Trump*, No. 19-35460 (9th Cir. Feb. 20, 2020).

3. On May 10, 2022, this Court directed the Plaintiffs to file a supplemental brief regarding which issues should be addressed by this Court on remand from the Supreme Court and the appropriate resolution of those issues. The Plaintiffs filed their supplemental brief on June 30, 2022. The Defendants'

response is due on September 19, 2022.

4. CAC's proposed *amicus* brief is being submitted within one week of the filing of the Plaintiffs' supplemental brief. At 3,496 words, it is less than half the length of the word limit given to the parties for their supplemental briefs (7,000 words). The *amicus* brief will offer a unique perspective to this Court by describing the origins and development of the state secrets privilege in American law. Among other things, this discussion demonstrates that the initial panel decision in this case was correct in describing the state secrets privilege as fundamentally "an evidentiary rule rooted in common law, not constitutional law." *Fazaga v. FBI*, 916 F.3d 1202, 1231 (9th Cir. 2019). By contrast, the dissent from denial of rehearing *en banc* was incorrect in describing the privilege as a "constitutional privilege" rooted in Article II. *Fazaga v. FBI*, 965 F.3d 1015, 1073 (9th Cir. 2020) (Bumatay, J., dissenting from the denial of rehearing *en banc*). More generally, by discussing the backdrop and reasoning of *Totten v. United States*, 92 U.S. 105 (1875), and *United States v. Reynolds*, 345 U.S. 1 (1953), the proposed *amicus* brief will aid this Court's resolution of the issues currently in dispute between the parties.

5. Counsel for all parties have consented to the filing of this brief.

WHEREFORE, movant respectfully requests leave to file the accompanying *amicus curiae* brief.

Respectfully submitted,

Dated: July 7, 2022

*/s/ Elizabeth B. Wydra*
Elizabeth B. Wydra
Brianne J. Gorod
Brian R. Frazelle
CONSTITUTIONAL
　ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
elizabeth@theusconstitution.org

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on July 7, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 7th day of July, 2022.

*/s/ Elizabeth B. Wydra*
Elizabeth B. Wydra

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the typeface and volume limitations of Fed. R. App. P. 27(d) because it contains 570 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2) and 32(f), and because the motion has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Times New Roman font.

Executed this 7th day of July, 2022.

*/s/ Elizabeth B. Wydra*
Elizabeth B. Wydra

*Counsel for Amicus Curiae*