**Consolidated Case Nos. 13-55017, 12-56867, 12-56874**
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**
_____

Yassir Fazaga, *et al.*,

Plaintiffs-Appellants,

v.

Federal Bureau of Investigation; *et al.*

Defendants- Appellees.
_____

On Appeal from the United States District Court, Central District of California
No. CV 11-301-CJC (VBK)
_____

**PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL REPLY BRIEF**
_____

Ahilan Arulanantham
arulanantham@law.ucla.edu
UCLA SCHOOL OF LAW
385 Charles Young Drive East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Peter Bibring
pbibring@aclusocal.org
Mohammad Tajsar
mtajsar@aclusocal.org
ACLU FOUNDATION OF
   SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Dan Stormer
dstormer@hadsellstormer.com
Shaleen Shanbhag
sshanbhag@hadsellstormer.com
HADSELL STORMER RENICK
   & DAI LLP
128 North Fair Oaks Avenue
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

Amr Shabaik
ashabaik@cair.com
Dina Chehata
dchehata@cair.com
COUNCIL ON AMERICAN-ISLAMIC
   RELATIONS
 Greater Los Angeles Area Office
2180 W. Crescent Ave., Ste. F
Anaheim, CA 92801
Telephone: (714) 776-117

Plaintiffs-Appellants Yassir Fazaga, Ali Malik, and Yasser AbdelRahim respectfully request leave to for the Court to file and enter into the docket the supplemental reply brief they filed on November 11, 2022. Dkt. 182. All parties agree to this proposal, as originally set forth in the parties' Joint Motion for Leave to File Separate Supplemental Brief. Dkt. 171 ("Joint Motion"), Case No. 13-55017, which the Court granted on Aug. 29, 2022, Dkt. No 171, and indeed Plaintiffs respectfully understood the Court's grant of that motion to include a grant of leave to file a supplemental reply brief.[1]

On May 10, 2022, the Court directed Plaintiffs and the Government to file a supplemental brief addressing what issues the Court should address following remand of this case from the United States Supreme Court. Dkt. 160. Plaintiffs filed their opening supplemental brief on June 30, Dkt. 163.

On August 26, 2022, Appellees Paul Allen, Kevin Armstrong, and Pat Rose ("Individual-Capacity Defendants") filed the Joint Motion (Dkt. 171).[2] As set forth in that motion, Individual-Capacity Defendants sought leave to file a supplemental brief under an agreement of they parties, under which Individual-Capacity Defendants could file a supplemental brief not in excess of 7,000 words separate and apart from the Government's brief. In the interest of fairness, the Joint Motion also requested leave for Plaintiffs to file a supplemental reply brief by November 11, 2022 not exceeding the length of Individual-Capacity Defendants

---

[1] This case involves three appeals, Case Nos. 12-56867, 12-56874, & 13-55017, which were consolidated into Case No. 13-55017. See Dkt. No. 20 (Joint Motion to Consolidate) and 21 (Order Consolidating cases), Case No. 12-56867. Because the Clerk's Order issued in Case No. 12-56867, Plaintiffs reference docket numbers for that case in this application.

[2] The motion is denominated in the docket as a "Joint Motion," but on the caption page as a "Motion by Individual Capacity Defendants."

1

brief. Dkt. 171 at 3-4. As set forth in that motion, all parties (including both individual capacity defendants and the government) agreed to the proposal. *Id.*

On August 29, 2022, this Court granted the Joint Motion by a text clerk order. Dkt. 172. On Sept. 19, 2022, the Government their supplemental brief, Dkt. No. 174, and the Individual Capcity Defendants also filed their Supplemental Brief of 5,641 words, Dkt. No. 173.

Because as set forth in the Joint Motion, the parties had agreed to allow Plaintiffs to file a reply brief not to exceed the length of the Individual-Capacity Defendants' brief, Plaintiffs filed their supplemental reply brief on November 11, 2022. Dkt. 182. Since all parties agreed to this proposal as set forth in the Joint Motion, *see* Dkt. 174 at 1, and the Court's text order granted it in full, Plaintiffs seek leave now to enter into the docket their supplemental reply brief.[3]

For these reasons, Plaintiffs-Appellants hereby request the Court grant leave to file the Supplemental Reply Brief submitted on November 11, 2022. Dkt. 179.

Dated: November 14, 2022

Respectfully submitted,

s/ Ahilan Arulanantham
AHILAN ARULANANTHAM
Counsel for Plaintiffs-Appellants

---

[3] Plaintiffs respectfully understood that the clerk's text order had allowed them leave to file their supplemental reply brief, which is why they did not separately seek leave to do so.