UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>        Defendants,<br><br> and<br><br>BARBARA WALLS; J. STEPHEN TIDWELL,<br><br>        Defendants - Appellants, | Nos. 12-56867, 12-56874, 13-55017<br><br>D.C. No. 8:11-cv-00301-CJC-VBK<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |

The supplemental reply brief submitted by Yasser Abdelrahim; et al., on November 11, 2022 is filed.

Within 7 days of this order, appellees/cross-appellants are ordered to file 6 copies of the brief in paper format with tan covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7