UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; PAUL DELACOURT, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN, <br><br> Defendants, <br><br> and <br><br> BARBARA WALLS;  J. STEPHEN TIDWELL, <br><br> Defendants-Appellants, | No.   12-56867 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK <br> Central District of California, Santa Ana <br><br> ORDER |
| YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF | No.   12-56874 <br><br> D.C. No. 8:11-cv-00301-CJC-VBK |

INVESTIGATION; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; PAUL DELACOURT, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS,

        Defendants,

and

PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN,

        Defendants-Appellants.

---

YASSIR FAZAGA; ALI UDDIN MALIK; YASSER ABDELRAHIM,

        Plaintiffs-Appellants,

  v.

FEDERAL BUREAU OF INVESTIGATION; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity; PAUL DELACOURT, Assistant Director in Charge, Federal Bureau of Investigation's Los Angeles Division, in his official capacity; J. STEPHEN TIDWELL; BARBARA WALLS; PAT ROSE; KEVIN ARMSTRONG; PAUL ALLEN; UNITED STATES OF AMERICA,

        Defendants-Appellees.

No. 13-55017

D.C. No. 8:11-cv-00301-CJC-VBK

Before: GOULD and BERZON, Circuit Judges, and STEEH,[*] District Judge.

The Court will hear oral argument in this case on April 20, 2023, at 1:00 p.m. in Seattle, Washington. Each side will have 30 minutes of argument time.

---

[*] The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.