**FILED**

UNITED STATES COURT OF APPEALS

APR 17 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

YASSIR FAZAGA; et al.,

    Plaintiffs-Appellees,

v.

FEDERAL BUREAU OF INVESTIGATION; et al.,

    Defendants,

and

BARBARA WALLS; J. STEPHEN TIDWELL,

    Defendants-Appellants,

No. 12-56867

D.C. No. 8:11-cv-00301-CJC-VBK
Central District of California, Santa Ana

ORDER

---

YASSIR FAZAGA; et al.,

    Plaintiffs-Appellees,

v.

FEDERAL BUREAU OF INVESTIGATION; et al.,

    Defendants,

and

PAT ROSE; et al.,

No. 12-56874

D.C. No. 8:11-cv-00301-CJC-VBK
Central District of California, Santa Ana

| | |
|---|---|
| Defendants-Appellants. | |
| YASSIR FAZAGA; et al., | No. 13-55017 |
| Plaintiffs-Appellants, | D.C. No. 8:11-cv-00301-CJC-VBK Central District of California, Santa Ana |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION; et al., | |
| Defendants-Appellees. | |

The April 20th hearing is removed from the calendar and will be rescheduled. The clerk will confer with the parties before setting a new date.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alissa Leonardini
Deputy Clerk
Ninth Circuit Rule 27-7