

**U.S. Department of Justice**
Civil Division, Appellate Staff
202-305-1754
Joseph.F.Busa@usdoj.gov

---

VIA CM/ECF

June 21, 2023

Molly C. Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

RE:     *Fazaga v. FBI* (Nos. 12-56867, 12-56874, & 13-55017)

Dear Ms. Dwyer:

The government submits this post-argument letter as requested by the Court during oral argument on June 8, 2023 in *Fazaga v. FBI*, Nos. 12-56867, 12-56874, & 13-55017.

During district court proceedings in this case, the government explained that the FBI was, at that time, "reviewing additional audio and video collected by Monteilh for possible disclosure in connection with further proceedings" regarding the search claims in this case. Gov. Mot. to Dismiss 5, *Fazaga v. FBI*, No. 8:11-cv-00301 (C.D. Cal.) (ECF No. 55). The government explained that the FBI "expect[ed] that the majority of the audio and video will be available in connection with further proceedings." *Id.*

The government submits this letter to inform the Court that the FBI has reviewed the audio and video collected by Mr. Monteilh and, as the FBI previously expected, the FBI has determined that the substantial majority of the audio and video will be available for further proceedings in this case. The FBI has made preliminary redactions and expects that, on remand, it will be able to finalize the redactions and

1

make the substantial majority of the audio and video at issue available for further proceedings, subject to an appropriate Privacy Act protective order and to the extent relevant to the remaining issues in this case.

       Sincerely,

       */s/ Joseph F. Busa*
       JOSEPH F. BUSA
       Counsel for the Federal Appellees

cc:  all counsel (via CM/ECF)