**Oxford English Dictionary | The definitive record of the English language**

# otherwise, *n.*, *adv.*, and *adj.*

**Pronunciation:** Brit. ▶/ˈʌðəwʌɪz/, U.S. ▶/ˈəðərˌwaɪz/

**Forms:** see OTHER *adj.* and WISE *n.¹*

**Frequency (in current use):** ●●●●●○○

**Origin:** Formed within English, by compounding. **Etymons:** OTHER *adj.*, WISE *n.¹*

**Etymology:** < OTHER *adj.* + WISE *n.¹* Compare Old High German *anderwīs* (Middle High German *anderwīs*).

Originally as the main part of an adverbial phrase with preposition head, Old English *on ōþre wīsan* , in another manner; in later Old English also with determiner, *on ǣnige* (or *nāne*) *ōþre wīsan* ; in Middle English also without preposition, *any* (or *none*) *other wise* ; from late Middle English also written (or printed by editors) as one word, which is now the usual form; compare ANYWISE *adv.*

As adverb (see sense B.) also written as two words from Old English to the 16th cent.; as one word from the Middle English period (early 14th cent.).

†**A.** *n.*

**1.** Another way. In adverbial phrases. *in (also on) other wise*: in another way. *(on) any otherwise*: in any other way. *(in) no (also none) otherwise*: in no other way. *Obsolete.*

In Old English also in *on oþre wisan——, on oþre*: in one way——, in another.

eOE tr. Bede *Eccl. Hist.* (Tanner) III. xii. 194   ∆c hit feorr on oðre wisan wæs.

eOE *Cleopatra Gloss.* in W. G. Stryker *Lat.-Old Eng. Gloss. in MS Cotton Cleopatra A.III* (Ph.D. diss., Stanford Univ.) (1951) 71   *Aliter,* on ænige oðre wisan.

eOE KING ÆLFRED tr. Boethius *De Consol. Philos.* (Otho) xxxix. 132   We ongitað hwilum [mon] on oðre wisan, on oðre hine God ongit.

OE ÆLFRIC *Gram.* (St. John's Oxf.) 291   Sume sind POSITVRAE, þa sind on oðre wison [*c*1225 *Worcester* on oþre wisen] gehatene DISTINCTIONES.

OE *Rule St. Benet* (Corpus Cambr.) 23   Nis butan tweon to understandenne se upstige and se niþerstige on nane oþere wisan.

OE BYRHTFERÐ *Enchiridion* (Ashm.) (1995) III. i. 130 (*in figure*)   Gyf hwylc man hyt on oðer wisan gedeð, he fleardað to gewisse.

*c*1230 ( ?*a*1200)   *Ancrene Riwle* (Corpus Cambr.) (1962) 51   Ne chastie ȝe na swuch mon neauer on oþer wise.

*a*1300 ( *c*1275)   *Physiologus* (1991) 331   Ðis wirm bitokneð ðe man ðat oðer biswikeð on stede er on stalle, stille er lude, in mot er in market er oni oðer wise.

1348   in C. Welch *Hist. Pewterers of London* (1902) I. 3 (*MED*)   That merchandice to be solde for suche as it is and non othir wise.

*a*1400 ( *a*1325)   *Cursor Mundi* (Vesp.) 3887   Þat mai be nanoþer wis.

*c*1430 ( *c*1380)   G. CHAUCER *Parl. Fowls* 654   It may non otherwise betyde.

*c*1449   R. PECOCK *Repressor* (1860) 171   Perauenture summen wolen in other wise seie.

*a*1475   J. FORTESCUE *Governance of Eng.* (Laud) (1885) 114 (*MED*)   Thair wyfes and childeren gone bare fote; thai mowe in non oþer wyse leve.

*a*1500 ( *1465*)   *Vision E. Leversedge* in *Notes & Queries Somerset & Dorset* (1905) **9** 25   The seid orrible and

cited in Fazaga v. FBI
No 12-56867 archived on July 14, 2020

innumerable companee of deuelis wer non otherwise arayd..but aftir the aray that thees galantes..now ondayes vnsune.

?1529   R. Hyrde tr. J. L. Vives *Instr. Christen Woman* II. iv. sig. X.iijj   She ought to loue hym none other wyse than her selfe.

1597   T. Morley *Plaine & Easie Introd. Musicke* 6   Could you sing it no other wise?

1623   J. Webster *Dutchesse of Malfy* III. v. sig. H3ᵛ   No otherwise, Then as some curious Artist, takes in sunder A Clocke, or Watch, when it is out of frame To bring't in better order.

1650   J. Bulwer *Anthropometamorphosis* xi. 114   He had been among the Malabars, where if he should have gulphed or have drunk any otherwise, he might have had his throat cut.

1675   R. Baxter *Catholick Theol.* II. I. 13   We can think no otherwise of the Divine Conceptions and Volitions, but as we are led by the analogy of humane acts.

1732   J. Arbuthnot *Pract. Rules of Diet* iii. 330   The difficulty of..Breathing, occasion'd by Schirrosities of the Glands, is not to be cur'd any otherwise than by Extirpation.

1790   E. Burke *Refl. Revol. in France* 60   To be led any otherwise than blindly.

1811   J. Austen *Sense & Sensibility* III. viii. 150   The strangeness of such a visit, and of such manners, seemed no otherwise intelligible.

1842   E. S. Abdy tr. R. von Falkenstein *Water Cure* (1843) i. 1   A slight pain, which I could no otherwise describe than as the sensation of a slight dislocation.

1878   H. James *Europeans* II. i. 4   He could keep it up no otherwise than by listening in serious silence to Felix's quick, light, constant discourse.


**2.** As a count noun: another way. *Obsolete.*

Apparently an isolated use.

1869   R. Browning *Ring & Bk.* IV. xi. 154   Some one O' the hundred otherwises.

**B.** *adv.*
**1.**

**a.** In another way or ways; in a different manner; by other means; in other words; differently. Frequently with *than* (formerly also †*but*).

OE   *Blickling Homilies* 177   Þe læs þe oðre wisan ænig man leoge.

*c*1175   *Ormulum* (Burchfield transcript) l. 10094   Þa wass cumenn time to Þatt godd..shollde settenn ende o þatt Iudisskenn preostess wikenn. & shollde settenn oþerr preost To þeowwten oþerr wise.

*a*1300   (   OE)   *Indulgence of Bp. Lifing, Crediton, Devon* in *Britannica: M. Förster zum Sechzigsten Geburtstage* (1929) 118   Ich hit itrimde mid on hondreit daȝes of bute ende, and ich oncursie þat hit oþerwise isette.

*c*1350   (   *a*1333)   William of Shoreham *Poems* (1902) 41   And ȝyf he hyt oþere wyse fangeþ, He takeþ ha bote þe sygne.

*c*1395   G. Chaucer *Squire's Tale* 534   God woot, and he, that oother wise noght.

?*a*1400   (   *a*1338)   R. Mannyng *Chron.* (Petyt) II. 208   (*MED*)   Of som he had grantise his wille forto do, & som said oþerwise, þat it suld not be so.

*a*1425   (   ?*a*1350)   *Gospel of Nicodemus* (Galba) (1907) 1075   Oþerwise [*v.r.* Othergates]went I noght þeine; right on þis maner wast.

*c*1425   J. Lydgate *Troyyes Bk.* (Augustus A.iv) IV. 5084   (*MED*)   Þe kyng lerned for to feyne..For oþer wyse he koude nat asterte.

*a*1470   T. Malory *Morte Darthur* (Winch. Coll.) 35   Ye muste do othirwyse than ye do.

cited in Fazaga v. FBI
No. 12-56867 archived on July 14, 2020

1511   in W. H. Turner *Select. Rec. Oxf.* (1880) 7   George Pykeryng otherwyse Smythe.

1535   *Bible (*Coverdale*)* 1 Macc. ii. 4   Iudas, other wyse called Machabeus.

1589   G. Puttenham *Arte Eng. Poesie* III. iv. 122   For my owne opinion this word *Maior-domo* though he be borrowed, is more acceptable thā any of the rest, other men may iudge otherwise.

1606   P. Holland tr. Suetonius *Hist. Twelve Caesars* 98   Yet can I not be perswaded other~wise, but to thinke, that [etc.].

1690   J. Locke *Ess. Humane Understanding* II. viii. 57   It would by most Men be judged very extravagant, if one should say otherwise.

1712   E. Budgell *Spectator* No. 404. ¶3   Applying his Talents otherwise than Nature designed.

1789   J. Bentham *Introd. Princ. Morals & Legisl.* x. p. cv   To the pleasures of the moral sanction, or, as they may otherwise be called, the pleasures of a good name, corresponds a motive which, in a neutral sense, has scarcely yet obtained any adequate appellative.

1814   J. Austen *Mansfield Park* III. iv. 79   So far your conduct has been faultless, and they were quite mistaken who wished you to do otherwise .  📖

1864   E. B. Pusey *Daniel* (1876) 553   God saw otherwise.

1893   A. Bierce *Can Such Things Be?* 196   We would so frequently exchange suits and otherwise circumvent the enemy that they abandoned all such ineffectual attempts.

1910   *Encycl. Brit.* I. 404/1   Rye, vetches, winter-oats or some other rapidly-growing crop may be sown in the autumn and fed off or otherwise disposed of prior to the root-sowing.

1985   M. Meyer *Strindberg* Pref. p. xv   All translations used in this book are my own except where otherwise specified.


†**b. *otherwise——otherwise*: in one way——in another way.** *Obsolete. rare.*

1645   J. Milton *Tetrachordon* 47   On which place Paræus notes..that Christ is wont otherwise to answer hypocrites, otherwise those that are docible.


**2. In other respects.**

*a*1375   (   *c*1350)    *William of Palerne* (1867) 396 (*MED*)   He gaf hem answere a-gayn þat god it [*sc.* a child] him sent; oþer-wise wist non where he it founde.

1593   R. Hooker *Of Lawes Eccl. Politie* I. xvi. 94   The best men otherwise are not alwayes the best in regard of societie.

1647   Bp. J. Taylor *Disc. Liberty of Prophesying* in *Wks.* (1836) II. 371   By the report of persons otherwise pious and prudent.

1796   J. Morse *Amer. Universal Geogr.* (new ed.) I. 24   Having otherwise no reason to suspect them.

1857   H. T. Buckle *Hist. Civilisation Eng.* I. ii. 45   I will give one instance of this from an otherwise sensible writer.

1889   'M. Twain' *Connecticut Yankee* xxv. 324   He knew somewhat about the warfare of the time—bushwacking around for ogres, and bull-fights in the tournament ring, and such things—but otherwise he was empty and useless.

1922   J. Joyce *Ulysses* III. xvii. [Ithaca] 687   Was the narration otherwise unaltered by modifications? Absolutely.

1952   G. Vidal *Judgm. of Paris* II. i. 19   The streets otherwise were discouragingly familiar.

1992   M. Medved *Hollywood vs. Amer.* II. v. 76   The religious overtones in these movies most certainly

cited in Fazaga v. FBI
No. 12-56867 archived on July 14, 2020

contributed to their prestige, adding a sense of depth and timelessness to otherwise simple stories.

**3.** In another case; in other circumstances; if not; else.

*a*1393   J. Gower *Confessio Amantis* (Fairf.) iv. 2182   For otherwise he scholde have failed If that he hadde noght travailed.

*a*1400   (   *a*1325)   *Cursor Mundi* (Trin. Cambr.) 23505 (*MED*)   Oþerwise is not synne for ȝyuen But to bete hit whil we may lyuen.

1449   *Rolls of Parl.* V. 145/2   Provided alway, that any manere of Graunt..either for terme of life, for terme of yeres, or otherwise extende not..for eny paiement or levie to be hade of this same Subsidies.

*a*1450   (   *?c*1421)   J. Lydgate *Siege Thebes* (Arun.) (1911) 3724 (*MED*)   This wold he don..And other-wise he wil non ende make with the Grekys.

*a*1500   (   *a*1400)   *Sir Amadace* (Adv.) (1810) 656 (*MED*)   Ye schall dwell with yor broder here And soiorne with yor trew fere, All his yores thoff hit were more; Oderwyse skyft wyll not wee Bot at yor wyll schall hit bee.

1552   *Bk. Common Prayer* (STC 16279) Administr. Lordes Supper sig. N.iii^v   Otherwise the receiuing of the holy Communion, doth nothing els but encreace youre damnacion.

1582   R. Mulcaster *1st Pt. Elementarie* xviii. 128   *Badge, madge, fadge*, where d is necessarie bycause otherwise, *a*, wold sound long and sharp, as in *page, rage, age, asswage*.

1611   *Bible (*King James*)* Matt. vi. 1   Take heed that ye doe not your almes before men,..otherwise yee haue no reward of your father which is in heauen.

1651   T. Hobbes *Leviathan* ii. xxviii. 166   Otherwise, he is bound onely in honour, to acknowledgement, and an endeavour of requitall.

1726   J. Swift *Gulliver* II. iii. x. 143   By this Defect they are deprived of the only Entertainment whereof they might otherwise be capable.

1790   *Coll. Voy. round World* V. x. 1685   Enabled them to perform a journey of three or four leagues, which, otherwise, they must have perished before they could have accomplished.

1846   R. C. Trench *Notes Miracles* xxxii. 441   We learn, what perhaps otherwise we might have guessed.

1872   T. Hardy *Under Greenwood Tree* ii. vii. 3   A considerable quantity of spontaneous chat that would otherwise have burst from young Dewy along the drive homeward.

1952   B. Pym *Excellent Women* ii. 14   Women did not tend to fuss over him as they might otherwise have done.

1988   in R. Dinnage *One to One* 145   I'm very glad someone gave me the push to do that. I might not have done it otherwise.

†**4.** On the other hand. *Obsolete*.

*a*1393   J. Gower *Confessio Amantis* (Fairf.) Prol. 984 (*MED*)   Bot other wise, if a man were Mad al togedre of o matiere..Ther scholde no corrupcioun Engendre upon that unite.

1551   T. Wilson *Rule of Reason* sig. Bij^v   A skilful artificer, mai y^e soner put the vayne Sophister to silence..Wheras otherwise an argument made by the rules of Logique cannot be auoyded.

1673   *Vain Insolency of Rome* 35   And otherwise the people could observe him advanced..a cubit above the earth.

**5.** *or otherwise*: (following a noun, adjective, adverb, or verb, to signify a corresponding word, thing, idea, etc., of opposite or alternative meaning) or the converse; or whatever. Also *and otherwise*: or similar, or the

cited in Fazaga v. FBI
No. 12-56867 archived on July 14, 2020

Case: 12-56867, 07/20/2020, ID: 11758009, DktEntry: 151-2, Page 5 of 15

**equivalent.**

1425   *Rolls of Parl.* IV. 290/1   Grett rayne, and longe abydyng upon the water, be fortune of wederyng or otherwise.

1479   in J. T. Smith & L. T. Smith *Eng. Gilds* (1870) 426   The Maire and Shiref of Bristowe to kepe theire due residence at the Counter..to sett parties in rest and ease by theire advertysement, compromesse, or otherwise.

*a*1535   T. More *Hist. Richard III* in *Wks.* (1557) 59/1   Yet was [he] at a pointe in his owne mynde, toke she it wel or otherwise.

1589   G. Puttenham *Arte Eng. Poesie* I. xi. 19   Wherein any one most excelled, thereof he tooke a surname, as to be called a Poet *Heroick, Lyrick, Elegiack, Epigramatist* or otherwise.

1613   F. Beaumont *Knight of Burning Pestle* I. sig. C2ᵛ   The..Valiant Knight of the burning Pestle, commanded me to enquire, vpon what aduenture your bound, whether to relieue some distressed Damsels, or otherwise.

*c*1613   in T. Stapleton *Plumpton Corr.* (1839) p. lix   Parte went into the towne of Helperby..and their festned a lid-yate in the highway at the towne end of Helperby toward Yorke, with stoks, thorns, and otherwise.

1651   T. Hobbes *Leviathan* III. xlii. 300   They..make such Laws for their maintenance, either by Tithes, or otherwise.

1700   J. Locke *Ess. Humane Understanding* (new ed.) IV. ii. 321   Ideas, which by reason of their Obscurity or otherwise, are confused.

1779   T. Jefferson *Public Papers* 356   Whosoever on purpose, shall disfigure another, by cutting out or disabling the tongue, slitting or cutting off a nose, lip, or ear, branding or otherwise, shall be maimed or disfigured in like.

1816   W. Scott *Antiquary* II. x. 261   The apparition gave him a gibe to proceed by exorcism or otherwise.

1851   H. Melville *Moby-Dick* x. 58   I thought he seemed anxious for me to join him; but well knowing what was to follow, I deliberated for a moment whether, in case he invited me, I would comply or otherwise.

1892   *Idler* May 483   Once on board ship I read a course of 'bits', pictorial, philosophical, scientific, conundrumistic, and otherwise.

1937   *Amer. Jrnl. Public Health* 27 322/1   The exhaust fumes of internal combustion engines introduce gases, both malodorous and otherwise, capable of producing nausea, headache, and, in extreme concentrations, death.

1973   *Oxf. Times* 30 Nov. 10   12,000 Cowley workers enjoyed (or otherwise) an enforced holiday because of a strike by plant attendants at the car assembly factory.

1991   *Intermedia* Mar. 8/2   The White House PROFS electronic memo/mail system housed records being constantly changed, both legally and otherwise.

## C. *adj.*

**1.** In predicative use: in another state or condition; not so; different; other.

*a*1393   J. Gower *Confessio Amantis* (Fairf.) Prol. 240 (*MED*)   Thus cam ferst to mannes Ere the feith of Crist..Thurgh hem that thanne weren goode..Bot now men sein is otherwise.

*c*1415   (   *c*1390)   G. Chaucer *Melibeus* (Lansd.) (1872) §2255   Whan þe þinge semeþ oþerewise þan it semed a-forne.

*c*1460   (   *?c*1400)   *Tale of Beryn* 335 (*MED*)   Yf yee eylid eny thing othir-wise þen good, Trewly it wold chaunge my chere.

*a*1500   (   *?a*1400)   *Sir Torrent of Portyngale* (1887) 632 (*MED*)   In fowre quartyres he hym fownd, For other wyse wase yt nowght.

Cited in Fazaga v. FBI No. 12-56867 archived on July 14, 2020

*c*1515   Ld. Berners tr. *Bk. Duke Huon of Burdeux* (1882–7) lxx. 238   I byleue the mater be other wyse than he hath sayd.

1589   G. Puttenham *Arte Eng. Poesie* III. xxiv. 231   That is otherwise, for the good maker or poet who is in decent speach,..ought to know the comelinesse of an action aswell as of a word & thereby direct himselfe..to the Oratours arte.

1651   T. Hobbes *Philos. Rudim.* v. 77   Among men the case is otherwise.

*c*1680   E. Hickeringill *Hist. Whiggism* I, in *Wks.* (1716) I. 20   Scholars are like other Men, some are wise, and some are otherwise.

1736   *World Unmasked* 380   The matter is quite otherwise.

1782   J. H. St. J. de Crèvecoeur *Lett. from Amer. Farmer* iii. 70   A traveller in Europe becomes a stranger as soon as he quits his own kingdom, but it is otherwise here... This is every person's country.

1816   J. Austen *Emma* I. viii. 141   Mr. Elton might not be of an imprudent, inconsiderate disposition as to money-matters; he might naturally be rather attentive than otherwise to them.

1844   T. B. Macaulay *Speeches* 320   Can an Established Church which has no hold on..the people be otherwise than useless?

1899   *Daily News* 29 Dec. 5/1   Martius's yellow. This substance has many an alias, some alluring, some otherwise.

1915   A. Conan Doyle *Valley of Fear* I. vi. 102   I find that no noise which MacDonald can make in the study can penetrate to me in the pantry when the doors are all shut. It is otherwise, however, from the housekeeper's room.

1959   *Dict. National Biogr. 1941–50* at *Lang, Cosmo*   It was otherwise with King George V.

1982   S. Brett *Murder Unprompted* ix. 89   'Frances, I'm sorry I'm late.' 'When were you ever otherwise?'


**2.** *attributive.* **That would otherwise exist without qualification.**

1602   W. Watson *Decacordon Ten Quodlibeticall Questions* 51   At the table aboue all others their otherwise equals.

1892   D. A. Clarke in A. E. Lee *Hist. Columbus* II. 650   Stone crosses..give a decided relief to their otherwise dullness.

1992   B. Coote *Trade Trap* vi. 68   The income they earn from it is likely to be their only source of cash to supplement their otherwise subsistence economy.


## Derivatives

′**otherwiseness** *n. rare* the condition or quality of being otherwise; difference.

1890   J. H. Stirling *Gifford Lect.* vi. 103   The other, as the difference, the otherwiseness, is just as it is named.

1999   *Africa News* (Nexis) 9 Apr.   The somewhat perverse otherwiseness of forcing their audience to scream 'Boo!' as though it were the highest of accolades, epitomises the trio perfectly.

cited in Fazaga v. FBI
No. 12-56867, archived on July 14, 2020

This entry has been updated (OED Third Edition, September 2004).

**Oxford University Press**
Copyright © 2020 Oxford University Press . All rights reserved.

cited in Fazaga v. FBI
No. 12-56867 archived on July 14, 2020

# Definition of such

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(M-W) **merriam-webster.com**/dictionary/such

## such

### adjective

🔖 Save Word

To save this word, you'll need to log in.

Log In

\ 'səch 🔊 , 'sich \

1a **:** of a kind or character to be indicated or suggested a bag such as a doctor carries

b **:** having a quality to a degree to be indicated his excitement was such that he shouted

2 **:** of the character, quality, or extent previously indicated or implied in the past few years many such women have shifted to full-time jobs

3 **:** of so extreme a degree or quality never heard such a hubbub

4 **:** of the same class, type, or sort other such clinics throughout the state

5 **:** not specified

such

### pronoun

1 **:** such a person or thing

2 **:** someone or something stated, implied, or exemplified such was the result

3 **:** someone or something similar **:** similar persons or things tin and glass and such

as such
**:** intrinsically considered **:** in itself *as such* the gift was worth little

such

### adverb

1/8

1a **:** to such a degree **:** <u>SO</u> such tall buildings such a fine person
2 **:** in such a way related such that each excludes the other

## Synonyms & Antonyms for *such*

Synonyms: Adjective

Synonyms: Adverb

- <u>achingly</u>,
- <u>almighty</u>,
- <u>archly</u>,
- <u>awful</u>,
- <u>awfully</u>,
- <u>badly</u>,
- <u>beastly</u>,
- <u>blisteringly</u>,
- <u>bone</u>,
- <u>colossally</u>,
- <u>corking</u>,
- <u>cracking</u>,
- <u>damn</u>,
- <u>damned</u>,
- <u>dang</u>,
- <u>deadly</u>,
- <u>desperately</u>,
- <u>eminently</u>,
- <u>enormously</u>,
- <u>especially</u>,
- <u>ever</u>,
- <u>exceedingly</u>
- (also <u>exceeding</u>),
- <u>extra</u>,
- <u>extremely</u>,
- <u>fabulously</u>,
- <u>fantastically</u>,
- <u>far</u>,
- <u>fiercely</u>,
- <u>filthy</u>,
- <u>frightfully</u>,
- <u>full</u>,
- <u>greatly</u>,

cited in Fazaga v. FBI
No. 12-56867 archived on July 14, 2020

- heavily,
- highly,
- hugely,
- immensely,
- incredibly,
- intensely,
- jolly,
- majorly,
- mightily,
- mighty,
- monstrous
- [chiefly dialect],
- mortally,
- most,
- much,
- particularly,
- passing,
- rattling,
- real,
- really,
- right,
- roaring,
- roaringly,
- seriously,
- severely,
- so,
- sore,
- sorely,
- spanking,
- specially,
- stinking,
- super,
- supremely,
- surpassingly,
- terribly,
- that,
- thumping,
- too,
- unco,
- uncommonly,
- vastly,

cited in Fazaga v. FBI
No. 12-56867 archived on July 14, 2020

- very,
- vitally,
- way,
- whacking,
- wicked,
- wildly

Antonyms: Adjective

- different,
- dissimilar,
- diverse,
- unakin,
- unlike

Antonyms: Adverb

- little,
- negligibly,
- nominally,
- slightly,
- somewhat

Visit the Thesaurus for More  ⊛

# Can such be used as a pronoun?: Usage Guide

Pronoun

For reasons that are hard to understand, commentators on usage disapprove of *such* used as a pronoun. Dictionaries, however, recognize it as standard; all of the citations upon which our definitions of this word are based are clearly standard.

# Examples of *such* in a Sentence

Adjective She has published her first sci-fi novel and hopes to write more *such* novels. No *such* agreement was made.

See More ⊕

Recent Examples on the Web: Adjective The lastest numbers are the most since the FBI began tracking *such* checks in 1998. — *Fox News*, "Gun background checks hit record high in June, a sign of booming sales, FBI reveals," 2 July 2020 At the Westport Road Home Depot, however, store manager Joe Autry said the company was trying to avoid *such*

incidents with the new policy, which is still being hashed out. — Alfred Miller, *The Courier-Journal*, "Home Depot bans some rope sales after nooses were found tied on store spools," 2 July 2020

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'such.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More ⊕

## First Known Use of *such*

Adjective

before the 12th century, in the meaning defined at  sense 1a

Pronoun

before the 12th century, in the meaning defined at  sense 1

Adverb

before the 12th century, in the meaning defined at  sense 1a

## History and Etymology for *such*

Adjective

Middle English, from Old English *swilc*; akin to Old High German *sulīh* such, Old English *swā* so, ge*līk* like — more at so, like

## Learn More about *such*

## Dictionary Entries near *such*

succus

successatory

successive

such

such and such

cited in Fazaga v. FBI
No. 12-56867 archived on July 14, 2020

such a one

such as

See More Nearby Entries

## Statistics for *such*

Last Updated

4 Jul 2020

Look-up Popularity

Top 30% of words

Cite this Entry

"Such." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/such. Accessed 14 Jul. 2020.

**Style:** MLA

More Definitions for *such*

such

*adjective*



## English Language Learners Definition of *such*

(Entry 1 of 3)

—used to say that something is great in degree, quality, or number

—used to say that something has a quality that results in something specified

**:** of the kind specified

such

_pronoun_

English Language Learners Definition of _such_ (Entry 2 of 3)

somewhat formal

**:** that kind or type of person or thing

**:** something previously stated or specified

such

_adverb_

English Language Learners Definition of _such_ (Entry 3 of 3)

somewhat informal —used to make a description more forceful

**:** to the degree that is specified or understood

See the full definition for _such_ in the English Language Learners Dictionary

such

adjective

\ ˈsəch 🔊 \

1 **:** of a kind just specified or to be specified "It's classified information, until _such_ time as the Ministry decides to release it" …— J. K. Rowling, _Goblet of Fire_

2 **:** of the same class, type, or sort **:** SIMILAR We've opened three _such_ stores.
3 **:** so great **:** so remarkable I've never seen _such_ a crowd.

such

pronoun

**:** that sort of person, thing, or group boards and nails and _such_

More from Merriam-Webster on _such_

Thesaurus: All synonyms and antonyms for _such_

Rhyming Dictionary: Words that rhyme with _such_

cited in Fazaga v. FBI
No. 12-56867 archived on July 14, 2020

Spanish Central: <u>Translation of *such*</u>

Nglish: <u>Translation of *such* for Spanish Speakers</u>

Britannica English: <u>Translation of *such* for Arabic Speakers</u>

Comments on *such*

cited in Fazaga v. FBI
No. 12-56867 archived on July 14, 2020